| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (SBN 90073)<br>Ira D. Kharasch (SBN 109084)<br>Robert M. Saunders (SBN 226172)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.277.6910<br>Facsimile: 310.201-0760<br><br>[Proposed] *Attorney for:* Eagan Avenatti LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI LLP<br><br><br>Debtor(s).<br><br><br><br>Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | CASE NO.: 8:17-bk-11961-CB<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 11<br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*: Eagan Avenatti LLP

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Pachulski Stang Ziehl & Jones LLP
   Richard M. Pachulski, Esq./Ira D. Kharasch, Esq./Robert M. Saunders, Esq.
   10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067
   Telephone: 310.277.6910
   Email: rpachulski@pszjlaw.com; ikharasch@pszjlaw.com; rsaunders@pszjlaw.com

3. New attorney hereby appears in the following matters: ☒ the bankruptcy case   ☐ the above adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                     Page 1                                           F 2091-1.SUBSTITUTION.ATTY
DOCS_LA:305905.1 20328/001

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*: Elizabeth A. Green, Baker Hostetler LLP

Date: May 19, 2017

X _____
Signature of party

Eagan Avenatti LLP
Printed name of party

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: May 20, 2017

X _____
Signature of present attorney

Elizabeth A. Green
Printed name of present attorney

I am duly admitted to practice in the transferor district. The above substitution is accepted.

Date: May 24 2017

/s/ Robert M. Saunders
Signature of new attorney

Robert M. Saunders
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　F 2091-1.SUBSTITUTION.ATTY
DOCS_LA:305905.1 20328/001

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 24, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 24, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 24, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2017 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:306098.1 20328/001