Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rpachulski@pszjlaw.com
               ikharasch@pszjlaw.com
               rsaunders@pszjlaw.com

[Proposed] Attorneys for Eagan Avenatti LLP, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI LLP<br><br>Debtor. | Case No.:  8:17-bk-11961-CB<br><br>Chapter 11<br><br>**DECLARATION OF ROBERT M. SAUNDERS IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF MAY 12, 2017**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(b)] |
|---|---|

I, Robert M. Saunders, declare and state as follows:

1. I am of counsel to the Firm and am duly admitted and licensed to practice in the State of California and to practice before this Court.

2. I make this declaration in support of the application (the "Application") filed by Eagan Avenatti LLP, debtor and debtor in possession herein (the "Debtor"), to employ Pachulski Stang Ziehl & Jones  LLP (the "Firm"), as general bankruptcy counsel, effective as of May 12, 2017.

3. The name, address, telephone number, and facsimile number of the Firm are as follows:

DOCS_LA:305914.5 20328/001

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

4. The Firm has served as general bankruptcy counsel to debtors in numerous chapter 11 cases within this District and throughout the United States. The Firm has represented debtors doing business in a wide range of industries in this District and throughout the United States. In addition, the Firm has served as counsel to unsecured creditors' committees in numerous chapter 11 cases. The Firm also has extensive experience in representing trustees, individual creditors, special interest committees, asset purchasers, and investors in both in- and out-of-court restructurings. Copies of the resumes of the Firm's attorneys expected to provide services in this matter are attached hereto as **Exhibit "A."** More information about the Firm generally and its experience as counsel to chapter 11 debtors is available on its website at www.pszjlaw.com.

5. Subject to further order of this Court, and without being exclusive, the Firm proposes to render the following types of legal services to the Debtor:

- Advise the Debtor regarding the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules, and the requirements of the U.S. Trustee pertaining to the administration of the Debtor's estate (the "Estate");

- Advise and represent the Debtor concerning the rights and remedies of the Estate in regards to the assets of the Estate;

- Prepare, among other things, motions, applications, answers, orders, memoranda, reports, and papers in connection with the administration of the Estate;

- Protect and preserve the Estate by prosecuting and defending actions commenced by or against the Debtor;

- Analyze, and prepare necessary objections to proofs of claim filed against the Estate;

- Conduct examinations of witnesses, claimants, or adverse parties;

- Represent the Debtor in any proceeding or hearing in the Bankruptcy Court;

- Advise and represent the Debtor in the negotiation, formulation, and drafting of any plan of reorganization and disclosure statement;

2

- Advise and represent the Debtor in connection with investigation of potential causes of action against persons or entities, including, but not limited to, avoidance actions, and the litigation thereof, if warranted; and

- Render such other advice and services as the Debtor may require in connection with the Case.

6. The Firm has received no payments from the Debtor during the year prior to the Petition Date. There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the Case, except insofar as such compensation may be shared among the partners, counsel, and associates of the Firm. The Firm reserves the right to seek compensation in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

7. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, the Debtor proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The attorneys currently expected to be principally responsible for the Case, and their respective hourly rates effective as of January 1, 2017, are as follows: Richard M. Pachulski - $1,195, Ira D. Kharasch - $1,025 and Robert M. Saunders - $725. The hourly rate for the paralegal assigned to the Case, Beth Dassa, is $350. The hourly rates of all of the Firm's attorneys and paraprofessionals are available upon request.

8. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. The Firm will use other attorneys and paraprofessionals during the course of the Case that it and the Debtor deem appropriate.

9. The Firm understands that the Debtor has retained and may retain additional professionals during the term of the engagement. The Firm may have worked with such professionals in the past and agrees to work cooperatively with such professionals on this Case to integrate any respective work conducted by the professionals on behalf of the Debtor. The Firm has assured the Debtor that it will work closely with each of these firms to take care not to duplicate efforts in this Case.

3

10. It is contemplated that the Firm will seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Case is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

11. To the best of my knowledge, the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse to the Estate. The Firm has undertaken an extensive "conflicts check" relating to its proposed retention as counsel for the Debtor, including the Debtor, its parent, its lenders and over 45 of its current and former creditors. Given the Firm's extensive experience representing various parties in interest in bankruptcy proceedings throughout the District and the United States, the Firm may have represented creditors' committees in other cases in which the members of such committees or their constituencies have included creditors of the Debtor. Notwithstanding the foregoing, I do not believe that any of the relationships described herein will in any way impair the Firm's independence or ability to objectively perform services for the Debtor.

12. I am informed and, based thereon, believe, the Firm has not encountered any creditors of the Debtor in which an actual conflict exists between the Firm and such creditors. If, at any subsequent time during the course of this proceeding, the Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

13. Out of an abundance of caution, I make the following disclosure. In early March 2017, Jeremy V. Richards, a partner in the Firm, was approached by attorney Eric George of the law firm Browne George Ross LLP, who referred Jason Frank to Mr. Richards as a potential client of the Firm. At that time, no bankruptcy had been filed against the Debtor and Mr. Richards advised that it was likely premature for the Firm to get involved. Subsequently, the involuntary proceeding was filed in Florida and Mr. Frank then directly approached Mr. Richards about the Firm representing him. Instead, Mr. Richards referred Mr. Frank to the Berger Singerman law firm in Florida, which

subsequently represented Mr. Frank in the Florida matter. In around mid-April, Ilyse Homer of Berger Singerman advised Mr. Richards that the involuntary proceeding (in which an order for relief had now been entered) was likely to be transferred to California. On April 17, 2017 Mr. Richards promptly advised Ms. Homer that the Firm had been approached by another potential client for representation regarding the Debtor's chapter 11 case, and that he did not have approval from the Firm's Management Committee to represent Frank. Mr. Richards also told Frank's counsel that he would not speak with Frank in order to avoid receiving any confidential information. Mr. Richards made a similar statement directly to Frank after Frank emailed him on April 21. After Mr. Richards's reply to Frank, Mr. Richards sent an email to Homer making a similar statement, repeating to her that he did not have the Firm's Management Committee's approval to represent Frank and that he had told Frank not to share any confidential information with him. Later that day (April 21), Frank emailed Mr. Richards again asking to schedule a call. Mr. Richards declined, stating that before he would have a call with Frank he needed to obtain direction from the Firm's Management Committee. Frank replied "No problem. I will wait to hear from you." On April 25, Mr. Richards told Frank that the Management Committee did not want the Firm to represent Mr. Frank, and offered to make a referral to other counsel. At Mr. Frank's urging, Mr. Richards did have a call with Mr. Frank but only to discuss other possible law firms to represent him. At no time did Mr. Richards or the Firm represent Frank or his firm, nor, to the best of his knowledge, did Mr. Richards receive any confidential information from Frank or his counsel.

14.    Except as disclosed herein, I do not believe that the Firm or any of its partners, counsel, or associates has any connection with the Debtor, creditors of the Estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

15.    To the best of my knowledge, neither the Firm nor any of its partners, counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

16.    To the best of my knowledge, neither the Firm nor any of its partners, counsel, or associates is or was, within two years before the date of the filing of the petition, a director, officer,

5

or employee of the Debtor.

17. Except as disclosed herein, to the best of my knowledge, neither the Firm nor any of its partners, counsel, or associates has any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

18. The attorneys from the Firm that will be involved in the Case are familiar with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and United States Trustee Guides and will comply with them.

19. To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 26th day of May, 2017, at Los Angeles, California.

*/s/ Robert M. Saunders*
Robert M. Saunders

# EXHIBIT A





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Richard M. Pachulski

Tel: 310.277.6910    |    rpachulski@pszjlaw.com

**EDUCATION**

University of California at Los Angeles (B.A., *summa cum laude*, 1976)

Stanford University (J.D. 1979)

Phi Beta Kappa; Pi Gamma Mu

**BAR AND COURT ADMISSIONS**

1979, California

**CLERKSHIPS**

Judicial extern, Robert M. Takasugi (C.D. Cal. 1978-79)

Mr. Pachulski is widely regarded as one of the preeminent corporate restructuring attorneys in America. He was recently named an "Attorney of the Year" by American Lawyer Media's *Recorder*, and has been lead counsel on several deals that have been recognized as "Deal of the Year" by *The M&A Advisor, Turnaround & Workouts* and *Global M&A Network.* Over the past few years, he was lead counsel in the corporate restructurings of American Suzuki Motor Corporation, Solyndra LLC, and Mesa Airlines. Additionally, Mr. Pachulski also recently was lead bankruptcy counsel to Lehman Brothers in a matter involving over $2 billion due to Lehman Brothers.

For the past four decades, Mr. Pachulski has represented debtors and creditors' committees in both out-of-court workouts and in-court proceedings. In addition, he has extensive experience in business reorganizations, as well as debtor/creditor litigation across numerous industries. During the 1980s, he was a well-known chapter 7 and chapter 11 trustee. His work over this time span led to inclusion in the American College of Bankruptcy, an honorary association of the nation's most esteemed bankruptcy and insolvency professionals.

Other career highlights include representation of the debtors in MagnaChip Semiconductor, Breed Technologies, Sizzler International, Covad Communications and Peregrine Systems; representation of the Circuit City Creditors' Committee and, thereafter, the Circuit City Liquidating Trustee; representation of the ad hoc bondholders' committee in Adelphia Corporation; and lead counsel in the restructuring of the debts of internationally acclaimed singer-songwriter Toni Braxton. In total, he has assisted in tens of billions of dollars in restructurings during his career.

Several national publications and organizations frequently recognize Mr. Pachulski for his work in the restructuring and turnaround field. For example, *Chambers USA* repeatedly ranks him as a top-tier national bankruptcy/restructuring attorney; *Best Lawyers in America* has listed him among the nation's top bankruptcy attorneys every year since 1995; *K&R*

**Richard M. Pachulski (Cont.)**

*Restructuring Register* and *Turnaround & Workouts* listed him as one of America's top restructuring professionals; *California Law Business* listed him as one of "California's 100 Most Influential Attorneys;" and *Los Angeles Business Journal* listed him as one of fifteen top banking & finance "turnaround artists." He also holds an "AV Preeminent Peer Rating," *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. In 2016, he was named to *Thomson Reuters*' "Top 10: 2016 Southern California Super Lawyers" list.

Mr. Pachulski is a graduate of UCLA, and received his J.D. from Stanford University. He is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation; Highway Technolgies; Peregrine Systems; Breed Technologies; Solyndra; Covad Communications Group, Commonwealth Equity Trust; Sizzler International; Toni Braxton; Mesa Air Group; MagnaChip Semiconductor

Creditors' committees in Circuit City; First Executive Corporation; Northpoint Communications

Ad hoc bondholders' committee in Adelphia Communications

Lehman Brothers in Palmdale Hills Property

Trustees in Triad America Corporation and Ezri Namvar

## Professional Affiliations

Fellow, American College of Bankruptcy

Member, Financial Lawyers Conference Board of Governors (1989-92)

## Publications

Coauthor, "Chapter 11 - The Bank of Last Resort," 45 *Business Lawyer* 261 (1989)

Coauthor, "Plan Wars - The Use of Chapter 11 to Coax Continued Financing From a Reluctant Lender," 738 PLI/Comm. 7 (1996)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Ira D. Kharasch

Tel: 310.277.6910    |    ikharasch@pszjlaw.com

**EDUCATION**

University of Illinois (B.A., *cum laude*, 1977)

University of California School of Law, Los Angeles (J.D. 1982)

Phi Beta Kappa

**BAR AND COURT ADMISSIONS**

1983, California

1983, Alaska

2011, New York

**CLERKSHIPS**

Judicial law clerk, Chief Justice Edmond Burke (Alaska)

Mr. Kharasch has significant experience as lead counsel representing debtors, creditors' committees, and other constituencies in chapter 11 corporate reorganizations and out-of-court workouts, and has a proven track record of confirming both creditor and debtor chapter 11 plans of reorganization. He has also been a longstanding member of the firm's management committee.

Mr. Kharasch is a graduate of the University of Illinois and received his J.D. from UCLA. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and has been named a "Super Lawyer" in the field of Bankruptcy and Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publisher of *Los Angeles Magazine*. He is admitted to practice in California, New York and Alaska and is a resident in our Los Angeles office.

## Representations

**Pacific Energy Resources:** Representing Pacific Energy Resources, an independent energy company that develops and produces oil and gas at its Alaska and California offshore drilling facilities. Pacific Energy had over $500 million in debt and generated over $200 million in revenue at the time of its chapter 11 filing. Pacific Energy's common stock traded on the Toronto Stock Exchange causing it to file a CCAA reorganization proceeding in Vancouver to enforce certain US bankruptcy court orders. The company successfully sold its operations and confirmed a plan, and Mr. Kharasch continues to represent the company as a going concern.

**Plainwell:** Successfully managed the sale, resolved and restructured billions in claims (including $3.2 billion of Superfund claims), and confirmed the reorganization plan as principal bankruptcy counsel for this leading U.S. paper producer.

PACHULSKI STANG ZIEHL & JONES

Ira D. Kharasch (Cont.)

**Telogy:** Successfully reorganized Telogy, Inc., a Silicon Valley-based, high-tech distribution company that had approximately $100 million in revenue.

**OwnIt Mortgage Solutions:** Represented OwnIt Mortgage Solutions, a Southern California-based subprime mortgage company, in its chapter 11 case. OwnIt originated approximately $8.3 billion in subprime mortgage loans in 2005, filed for bankruptcy in late 2006 and successfully confirmed its plan of reorganization.

**Specialty Trust:** Represented Specialty Trust, a Reno-based Real Estate Investment Trust (REIT), in its chapter 11 case. Specialty Trust managed $203 million in mostly short-term mortgage loans to residential developers and confirmed its plan within 16 months.





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Robert M. Saunders

Tel: 310.277.6910    |    rsaunders@pszjlaw.com

**EDUCATION**

State University of New York at Buffalo (B.A. 1980)

University of Chicago (J.D. 1983)

**BAR AND COURT ADMISSIONS**

1984, New York

1995, Florida

2003, California

Mr. Saunders is an accomplished bankruptcy and transactional attorney with broad national practice experience. His range and depth of expertise includes chapter 11 reorganizations and sales, out-of-court workouts, debt/equity financings, corporate and real estate transactions, entity structure and governance strategies, employee and union matters, and litigation. He represents debtors, committees, creditors, acquirers, trustees, and examiners in bankruptcy cases. He counsels lenders and borrowers in restructuring troubled domestic and international debt and equity investments, and structures new money transactions to reduce bankruptcy risk.

He has extensive experience litigating and negotiating with governmental agencies, including the United States Environmental Protection Agency (EPA) and the Pension Benefit Guaranty Corporation (PBGC). He litigated and negotiated a hard-fought settlement of over $3.2 billion in Superfund claims with the EPA and major paper makers resulting in no liability for our paper making client, and drafted and confirmed a contested chapter 11 plan (and resolved appeals), providing meaningful distributions to the client's creditors. He also settled claims, and negotiated the assumption of retiree plans with the PBGC and unions, resolving pension and retiree benefit liabilities in three mega-chapter 11 cases.

Mr. Saunders has negotiated and closed billions of dollars of debt, equity, and municipal financings for lenders, investors and borrowers. He counsels financial clients investing in complex commercial real-estate projects and private companies. As a title agent in Florida, he wrote multi-million dollar policies to facilitate real estate closings. He also successfully closed the first issue of stripped mortgage- backed securities issued by a federally chartered mortgage association and the first issue of uncertificated tax-exempt securities by a state.

Mr. Saunders is a 1983 graduate of the University of Chicago Law School. He is admitted in California, New York and Florida.

Robert M. Saunders (Cont.)

## Representations

Debtors: American Tissue; Brooks Fashion Stores; Decorative Surfaces; E-II Holdings; Freedom Forge; Plainwell; Prime Hospitality; Telogy; Barbeques Galore; Empire Land; Ownlt Mortgage Solutions; People's Choice Home Loan; Dana Corporation; Foss Manufacturing; Lansdale; Pacific Energy; Copeland's Enterprises; Fleming Distribution; Focal Communications

Creditors' committees: AM International; Crescent Jewelers; Warmus; Movie Gallery/Hollywood Video

Bidders/acquirers in A.H. Robins; America West; Scovill Fasteners

Lender/landlord in Federated Department Stores

Equity in TransAtlantic

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF ROBERT M. SAUNDERS IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF MAY 12, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 26, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 26, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 26, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2017 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:305992.2 20328/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 8:17-bk-11961-CB**

- *Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com*
- *Michael J Hauser    michael.hauser@usdoj.gov*
- *Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com*
- *Isaac Marcushamer*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov*
- *David H Stein    dstein@wilentz.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*


2. **SERVED BY UNITED STATES MAIL**:

**Eagan Avenatti, LLP**
**Chapter 11**
**Case No. 8:17-bk-11961-CB**
**2002 Service List**

| Debtor | Former Attorneys for Debtor | Former Attorneys for Debtor |
|---|---|---|
| Eagan Avenatti LLP<br>520 Newport Center Drive, #1400<br>Newport Beach, CA 92660 | Elizabeth A Green<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Suntrust Center Ste 2300<br>Orlando, Fl 32801 | Tiffany D Payne<br>Baker Hostetler<br>PO Box 112<br>Orlando, FL 32801 |
| United States Trustee<br>Michael J Hauser<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593 | **20 Largest** | Authentic Entertainment Properties Development, LLC<br>c/o Andrew D. Stolper, Esq.<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd., Suite 855<br>Irvine, CA 92612-8444 |
| Phillip A. Baker, Esq.<br>Baker, Keener & Nahra LLP<br>633 West Fifth Street, Suite 5400<br>Los Angeles, CA 90071 | California Bank & Trust<br>P.O. Box 30833<br>Salt Lake City, UT 84130-0833 | Competition Economics, LLC<br>2000 Powell Street, Suite 510<br>Emeryville, CA 94608 |
| David W. Stewart, PhD<br>13031 Villosa Pl., #121<br>Playa Vista, CA 90094 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | Employment Development Department<br>P.O. Box 989061<br>West Sacramento, CA 95798-9061 |
| FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Secured Creditor<br>The X-Law Group, P.C.<br>Attn: Filippo Marchino, CEO and Registered Agent<br>1910 West Sunset Blvd., Suite 450<br>Los Angeles, CA 90026 | Gerald Tobin<br>2014 Edgewater Drive, #169<br>Orlando, FL 32804 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:305992.2 20328/001

| | | |
|---|---|---|
| Green Street Advisors<br>660 Newport Center Drive<br>Suite 800<br>Newport Beach, CA 92660 | International Personnel Protection, Inc.<br>P.O. Box 92493<br>Austin, TX 78709 | Jason M. Frank<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd., Suite 855<br>Irvine, CA 92612 |
| Jams<br>P.O. Box 845402<br>Los Angeles, CA 90084-5402 | Judicate West<br>1851 East First Street<br>Suite 1600<br>Santa Ana, CA 92705 | KNJ Ventures<br>1106-A Broadway<br>Santa Monica, CA 90401 |
| Norell Consulting, Inc.<br>218 Catherine Park<br>Glendora, CA 91741 | Personal Court Reporters, Inc.<br>14520 Sylvan Street<br>Van Nuys, CA 91411 | Scott Sims<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd., Suite 855<br>Irvine, CA 92612 |
| The Montage Laguna Beach<br>Finance Department<br>30801 South Coast Highway<br>Laguna Beach, CA 90651 | **Requests for Special Notice** | Innovative Computing Systems<br>3101 Bee Caves Rd Ste 305<br>Austin, TX 78746 |
| David H. Stein, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10,<br>Woodbridge, New Jersey 07095 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:305992.2 20328/001