UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| EAGAN AVENATTI, LLP | Case Number: | 8:17-bk-11961-CB |
| | Operating Report Number: | 6 |
| Debtor(s). | For the Month Ending: | 8/1/2017 - 8/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      1,179,552.45

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      1,126,954.02
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      52,598.43

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing      292,702.10
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:      292,702.10

5.  BALANCE:      345,300.53

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts  (from page 2)      96,000.00
    Disbursements (from page 2)      244,703.12

    TOTAL DISBURSEMENTS THIS PERIOD:***      340,703.12

7.  ENDING BALANCE:      4,597.41

8.  General Account Number(s):      313

    Depository Name & Location:      California Bank & Trust
         Irvine, CA

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DEBTOR-IN-POSSESSION ACCOUNT(S) FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/2/2017 | 1034 | The Irvine Co | Rent | | 53,391.00 | 53,391.00 |
| 8/3/2017 | 1035 | Larry Balar | Case Related Costs | | 39.00 | 39.00 |
| 8/7/2017 | 1036 | Court of Appeal | Case Related Costs | | 100.00 | 100.00 |
| 8/7/2017 | 1037 | Lake Havasu City | Case Related Costs | | 34.00 | 34.00 |
| 8/9/2017 | 1038 | OC Global Medical | Case Related Costs | | 15.00 | 15.00 |
| 8/10/2017 | ACH | Verizon | Telephone | | 1,828.33 | 1,828.33 |
| 8/10/2017 | 1039 | D.O.S. | Supplies/Maintenance | | 3,506.10 | 3,506.10 |
| 8/14/2017 | 1040 | U.S. Attorney's Offic | Payroll Taxes | | 62,377.77 | 62,377.77 |
| 8/15/2017 | TRANS | DIP Payroll 0321 | Payroll | 47,500.00 | | 47,500.00 |
| 8/18/2017 | 1043 | Dr. Rachael C. Pearl | Case Related Costs | | 650.00 | 650.00 |
| 8/22/2017 | 1044 | Ace Parking | Rent | | 6,120.00 | 6,120.00 |
| 8/22/2017 | 1045 | The Irvine Co | Rent | | 2,664.00 | 2,664.00 |
| 8/22/2017 | 1047 | The Irvine Co | Rent | | 256.00 | 256.00 |
| 8/23/2017 | 1048 | Dr. Lofredo | Case Related Costs | | 600.00 | 600.00 |
| 8/28/2017 | 9999 | The Irvine Co | Rent | | 112,637.67 | 112,637.67 |
| 8/31/2017 | ACH | CBT | Bank Account Fee | | 511.25 | 511.25 |
| 8/31/2017 | TRANS | DIP Payroll 0321 | Payroll | 48,500.00 | | 48,500.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 96,000.00 | 244,730.12 | $340,730.12 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## BANK RECONCILIATION

Bank statement Date: _____8/31/2017_____     Balance on Statement: _____$53,116.42_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| 8/31/2017 | $8,612.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT                                               | 8,612.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1035 | 8/3/2017 | 39.00 |
| 1038 | 8/9/2017 | 15.00 |
| TRANS | 8/31/2017 | 48,500.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                              | 48,554.00 |

Bank statement Adjustments:                                      _____

Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                               | $13,174.42 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS        256,610.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL        255,752.08
ACCOUNT REPORTS

3. BEGINNING BALANCE:        857.92

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)        96,000.00

5. BALANCE:        96,857.92

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***        96,181.02

7. ENDING BALANCE:        676.90

8. PAYROLL Account Number(s):        O321

Depository Name & Location:        California Bank & Trust
Irvine, CA

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/8/2017 | ACH | Paychex | Payroll | 233.75 |
| 8/15/2017 | 52453 | Emily Abbinanti | Payroll | 1,041.17 |
| 8/15/2017 | 52454 | John N. Arden | Payroll | 6,048.30 |
| 8/15/2017 | 52455 | Natalia Bonilla | Payroll | 2,377.72 |
| 8/15/2017 | 52456 | Thomas Cassaro | Payroll | 2,023.99 |
| 8/15/2017 | 52457 | Carlos Colorado | Payroll | 6,464.39 |
| 8/15/2017 | 52458 | Alfredo Garcia | 1099 Payroll | 1,800.00 |
| 8/15/2017 | 52459 | Maria A. Garcia | Payroll | 4,159.81 |
| 8/15/2017 | 52460 | Thomas E. Gray | Payroll | 2,188.63 |
| 8/15/2017 | 52461 | Ahmed I. Ibrahim | Payroll | 8,434.30 |
| 8/15/2017 | 52462 | Judy K. Regnier | Payroll | 5,133.43 |
| 8/15/2017 | 52463 | Damon L. Rogers | Payroll | 2,540.00 |
| 8/15/2017 | 52464 | Katherine Sneddon | Payroll | 1,873.71 |
| 8/15/2017 | 52465 | Hillary Wollett | Payroll | 1,678.94 |
| 8/16/2017 | ACH | John Hancock | Employee 401k Contributions | 2,207.49 |
| 8/31/2017 | 52466 | Emily Abbinanti | Payroll | 1,002.09 |
| 8/31/2017 | 52467 | John N. Arden | Payroll | 6,048.30 |
| 8/31/2017 | 52468 | Natalia Bonilla | Payroll | 2,377.73 |
| 8/31/2017 | 52469 | Thomas Cassaro | Payroll | 2,023.99 |
| 8/31/2017 | 52470 | Carlos Colorado | Payroll | 6,464.40 |
| 8/31/2017 | 52471 | Alfredo Garcia | 1099 Payroll | 1,800.00 |
| 8/31/2017 | 52472 | Maria A. Garcia | Payroll | 3,881.09 |
| 8/31/2017 | 52473 | Thomas E. Gray | Payroll | 2,188.63 |
| 8/31/2017 | 52474 | Ahmed I. Ibrahim | Payroll | 8,434.30 |
| 8/31/2017 | 52475 | Judy K. Regnier | Payroll | 5,555.44 |
| 8/31/2017 | 42476 | Damon L. Rogers | Payroll | 2,540.01 |
| 8/31/2017 | 52477 | Katherine Sneddon | Payroll | 1,873.70 |
| 8/31/2017 | 52478 | Hillary Wollett | Payroll | 1,568.22 |
| 8/31/2017 | ACH | John Hancock | Employee 401k Contributions | 2,207.49 |
| 8/31/2017 | ACH | CBT | Bank Account Charge | 10.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 96,181.02 |

## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2017 | Balance on Statement: | ($5,603.66) |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 8/31/2017 | 48,500.00 |

TOTAL DEPOSITS IN TRANSIT | 48,500.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 52466 | 8/31/2017 | 1,002.09 |
| 51467 | 8/31/2017 | 6,048.30 |
| 52469 | 8/31/2017 | 2,023.99 |
| 52470 | 8/31/2017 | 6,464.40 |
| 52472 | 8/31/2017 | 3,881.09 |
| 52473 | 8/31/2017 | 2,188.63 |
| 52474 | 8/31/2017 | 8,434.30 |
| 52475 | 8/31/2017 | 5,555.44 |
| 52476 | 8/31/2017 | 2,540.01 |
| 52477 | 8/31/2017 | 1,873.70 |
| ACH | 8/31/2017 | 2,207.49 |

TOTAL OUTSTANDING CHECKS: | 42,219.44 |

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $676.90 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          92,440.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX             92,381.08
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                          58.92

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                    58.92

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                         10.00

7.  ENDING BALANCE:                                             48.92

8.  TAX Account Number(s):          O339

    Depository Name & Location:     California Bank & Trust
                                    Irvine, CA

TOTAL DISBURSEMENTS - MONEY ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/31/2017 | ACH | CBT | Bank Service Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 10.00 |

# BANK RECONCILIATION

Bank statement Date: ___8/31/2017___   Balance on Statement: ___$41.92___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT ___0.00___

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: ___0.00___

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: ___$41.92___

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 53,116.42 |
| Payroll Account: | (5,603.66) |
| Tax Account: | 41.92 |

*Other Accounts: _____  _____

_____  _____

*Other Monies: _____  _____

**Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                    | 47,554.68 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:                          | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| The Irvine Company | Mo | 1,332.00 | 0 | 0.00 |
| The Irvine Company | Mo | 128.00 | 0 | 0.00 |
| The Irvine Company | Mo | 53,245.50 | 0 | 0.00 |
| Ace Parking | Mo | 1,890.00 | 0 | 0.00 |
| Int'l Church of Foursquare | Mo | 4,845.29 | 0 | 0.00 |
| Ricoh | Mo | 2,136.61 | 0 | 0.00 |
| Pitney Bowes | Qtr | 421.26 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:     0.00
Total Wages Paid:     132,571.08

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 57,132.03 | | |
| State Withholding | 22,460.48 | | |
| FICA- Employer's Share | 16,662.16 | | |
| FICA- Employee's Share | 16,662.12 | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 112,916.79 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 78,523.46 | | |
| 31 - 60 days | 46,975.68 | | |
| 61 - 90 days | 24,831.49 | | |
| 91 - 120 days | 91,649.71 | | |
| Over 120 days | | | |
| TOTAL: | 241,980.34 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | The Hartford | | 8/20/2018 | 9/20/2017 |
| Worker's Compensation | The Hartford | | 8/20/2018 | 9/20/2017 |
| Malpractice | New York Marine | 3m | 8/20/2018 | 9/20/2017 |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 160,872.00 | 1,625.00 | | 1,625.00 | 0.00 |
| 30-Jun-2017 | 838,087.06 | 4,875.00 | | 4,875.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 6,500.00 | | 6,500.00 | 0.00 |

* Some of these accounts payable were for goods or services obtained prior to March 10, 2017.

### VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT OR LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Accounts Receivable | 292,702.10 | 18,189,424.55 |
| Other - Accrued Legal Fees | 300,000.00 | 1,907,400.00 |
| Revenue | 592,702.10 | 19,796,824.55 |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 592,702.10 | 19,796,824.55 |
| Other Operating Income (Itemize) | | |
| Operating Expenses: | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 95,615.11 | 677,862.11 |
| Payroll Taxes | 42,565.62 | 338,258.88 |
| Other Taxes (Personal Property - County of Orange) | 0.00 | 1,821.66 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 60,299.67 | 363,838.14 |
| Lease Expense - Personal Property | 2,136.61 | 14,269.88 |
| Insurance | 12,488.93 | 112,736.73 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 3,454.94 | 26,149.45 |
| Repairs and Maintenance | 437.50 | 8,056.01 |
| Office Supplies/Expense | 319.75 | 8,533.51 |
| Case Related Costs | 19,976.07 | 248,040.78 |
| Total Operating Expenses | 237,294.20 | 1,799,567.15 |
| Net Gain/(Loss) from Operations | 355,407.90 | 17,997,257.40 |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| Non-Operating Expenses: | | |
| Legal and Professional (Baker/Hostetler) | 0.00 | 1,909.00 |
| Legal and Professional (PSZJ - May) | 0.00 | 188,432.03 |
| Legal and Professional (PSZJ - June) | 0.00 | 277,051.53 |
| Legal and Professional (PSZJ - July) | 0.00 | 239,107.04 |
| Legal and Professional (PSZJ - August Estimated) | 214,946.11 | 214,946.11 |
| Total Non-Operating Expenses* | 214,946.11 | 921,445.71 |
| NET INCOME/(LOSS) | 140,461.79 | 17,075,811.69 |

*Note: We have not received an invoice from counsel for the Creditor's Committee.

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 47,554.68 | |
| Restricted Cash | 100,070.57 | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | 100,000.00 | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 247,625.25 |
| Property, Plant, and Equipment | 150,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 150,000.00 |
| Other Assets (Net of Amortization): | | |
| Fees/Costs Due From Contingency Cases* | 45,000,000.00 | |
| Other (Art) | 50,000.00 | |
| Total Other Assets | | 45,050,000.00 |
| TOTAL ASSETS | | 45,447,625.25 |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 241,980.34 | |
| Taxes Payable | 112,916.79 | |
| Notes Payable | | |
| Professional fees | 706,499.60 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 1,061,396.73 |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 773,686.22 | |
| Priority Liabilities | 1,762,810.48 | |
| Unsecured Liabilities | 18,019,579.29 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 20,556,075.99 |
| TOTAL LIABILITIES | | 21,617,472.72 |
| EQUITY: | | |
| Pre-petition Owners' Equity | 25,760,340.47 | |
| Post-petition Profit/(Loss) | (1,930,187.94) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 23,830,152.53 |
| TOTAL LIABILITIES & EQUITY | | 45,447,625.25 |

*This is an estimate; however, the firm's ability to provide an accurate estimate is severely hampered by the refusal of Jason Frank, Esq. to provide accurate and timely access to settlement information relating to certain cases he took from the firm.  On information and belief, a number of those cases have settled and the firm is entitled to millions in fees and costs from those cases.  Despite repeated demands, Mr. Frank, without justification, refuses to provide the information necessary.

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

    No   Yes
    X    ____

_____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

    No   Yes
    X    ____

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

    No   Yes
    X    ____

_____

I,   Michael J. Avenatti, Managing Partner,
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____                              _____
9-15-17
Date                        Page 16 of 16        Principal for debtor-in-possession

# CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 6
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account 5792780313

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0042463                    4244-06-0000-CBT-PG0023-00019

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
GENERAL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780313 | $53,116.42 | |

## BUSINESS ESSENTIALS CHECKING 5792780313                    104    19

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 80,990.11 | 396,677.77 | 64,477.25 | 360,074.21 | 53,116.42 |

### 5 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 08/14 | 98,700.00 | DEPOSIT 5353052860 |
| 08/15 | 16,230.00 | DEPOSIT 5353047322 |
| 08/24 | 112,587.67 | RETURN SEQ # 005353056142 Serial Number = 0000001046 1703501419 |
| 08/28 | 115,270.00 | DEPOSIT 5353048950 |
| 08/31 | 53,890.10 | DEPOSIT 5353039107 |

### 9 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 08/01 | 12,488.93 | Anthem BC RA-1201018 000000849373828REF # 017213003102140  1107152151 |
| 08/02 | 170.79 | COX COMM ORG BANKDRAFT REF # 017213003263133  1107808589 |
| 08/02 | 1,977.95 | COX COMM ORG BANKDRAFT REF # 017213003263132  1107808588 |
| 08/14 | 1,828.33 | ACHMA VISB BILL PYMNT REF # 017223001220883  1108009408 |
| 08/15 | 47,500.00 | ONLINE XFER TO DDA ***0321 ID: 000004549  2307003031 |
| 08/21 | 367.25 | ANALYSIS SERVICE FEE |
| 08/24 | 36.00 | FEE-ITEM RT  1703501286 |
| 08/24 | 72.00 | FEE-ITEM PD  1703501205 |
| 08/31 | 36.00 | FEE-ITEM PD  1703601227 |

### 15 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1019 | 08/15 | 25.00 | 1037 | 08/17 | 34.00 | 1045 | 08/23 | 2,664.00 |
| 1020 | 08/01 | 4,875.00 | 1039* | 08/10 | 3,506.10 | 1046 | 08/23 | 112,587.67 |
| 1021 | 08/03 | 250.00 | 1040 | 08/21 | 62,377.77 | 1047 | 08/23 | 256.00 |
| 1034* | 08/02 | 53,391.00 | 1043* | 08/22 | 650.00 | 1048 | 08/23 | 600.00 |
| 1036* | 08/16 | 100.00 | 1044 | 08/30 | 6,120.00 | 9999* | 08/28 | 112,637.67 |

* Not in check sequence



A division of ZB, N.A. Member FDIC    EQUAL HOUSING LENDER

0042463-0000001-0116627

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| **Check Number** | **Check Amount** | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | **STATEMENT BALANCE** | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| **TOTAL:** | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights.)*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  6
August 31, 2017
EAGAN AVENATTI LLP
5792780313

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $108.00 | $108.00 |
| Total Returned Item Fees | $36.00 | $36.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

-0000002-0116628

**California Bank & Trust**

Page 4 of 6

This page intentionally left blank

0042463-0000002-0116628

# California Bank & Trust

ACCOUNT # 5792780313



Ref# 53052860        $98700.00



Ref# 53047322        $16230.00



Ref# 53048950        $115270.00



Ref# 53039107        $53890.10



Ref# 53058437        $25.00        Ch# 1019



Ref# 53067170        $4875.00        Ch# 1020



Ref# 53055898        $250.00        Ch# 1021



Ref# 53068206        $53391.00        Ch# 1034



Ref# 53054158        $100.00        Ch# 1036

Ref# 53064737        $34.00        Ch# 1037

0042463-0000003-0116629

# California Bank & Trust

ACCOUNT # 5792780313



| Ref# 53077412 | $3506.10 | Ch# 1039 |
| Ref# 53102852 | $62377.77 | Ch# 1040 |
| Ref# 53054905 | $650.00 | Ch# 1043 |
| Ref# 53002318 | $6120.00 | Ch# 1044 |
| Ref# 53055388 | $2664.00 | Ch# 1045 |
| Ref# 53056142 | $112587.67 | Ch# 1046 |




| Ref# 53055385 | $256.00 | Ch# 1047 |
| Ref# 53055768 | $600.00 | Ch# 1048 |



| Ref# 53048955 | $112637.67 | Ch# 9999 |

0042463-0000003-0116629

# CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account 5792780321

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0042464                4244-06-0000-CBT-PG0023-0002.5

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
PAYROLL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780321 | -$5,603.66 | |

## BUSINESS ESSENTIALS CHECKING 5792780321

104    25

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 41,810.05 | 47,500.00 | 4,658.73 | 90,254.98 | -5,603.66 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 08/15 | 47,500.00 | ONLINE XFER |

### 5 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 08/02 | 2,207.49 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017213004074350  1107819751 |
| 08/09 | 233.75 | PAYCHEX EIB INVOICE X7244040000014 9REF # 017221009284987  1107231808 |
| 08/17 | 2,207.49 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017229004628905  1107728008 |
| 08/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 08/31 | 3.00 | PAPER STATEMENT FEE |

### 26 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 52441 | 08/03 | 6,048.30 | 52453* | 08/15 | 1,041.17 | 52461 | 08/15 | 8,434.30 |
| 52442 | 08/01 | 2,377.73 | 52454 | 08/15 | 6,048.30 | 52462 | 08/16 | 5,133.43 |
| 52443 | 08/01 | 2,023.99 | 52455 | 08/15 | 2,377.72 | 52463 | 08/15 | 2,540.00 |
| 52444 | 08/01 | 6,302.16 | 52456 | 08/17 | 2,023.99 | 52464 | 08/18 | 1,873.71 |
| 52446* | 08/01 | 4,362.55 | 52457 | 08/16 | 6,464.39 | 52465 | 08/15 | 1,678.94 |
| 52447 | 08/01 | 2,188.62 | 52458 | 08/15 | 1,800.00 | 52468* | 08/31 | 2,377.73 |
| 52448 | 08/02 | 8,434.30 | 52459 | 08/15 | 4,159.81 | 52471* | 08/31 | 1,800.00 |
| 52449 | 08/01 | 5,133.29 | 52460 | 08/16 | 2,188.63 | 52478* | 08/31 | 1,568.22 |
| 52451* | 08/03 | 1,873.70 | | | | | | |

* Not in check sequence

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.** The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights.)*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please** notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0042464-0000001-0116630



P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  7
August 31, 2017
EAGAN AVENATTI LLP
5792780321

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



**California Bank & Trust**

This page intentionally left blank

# California Bank & Trust

ACCOUNT # 5792780321



Ref# 53057723      $6048.30      Ch# 52441



Ref# 53066250      $2377.73      Ch# 52442



Ref# 53005222      $2023.99      Ch# 52443



Ref# 53011061      $6302.16      Ch# 52444



Ref# 53076554      $4362.55      Ch# 52446



Ref# 53004069      $2188.62      Ch# 52447



Ref# 53078250      $8434.30      Ch# 52448



Ref# 53097199      $5133.29      Ch# 52449



Ref# 53054641      $1873.70      Ch# 52451

Ref# 53095350      $1041.17      Ch# 52453

0042464-0000003-0116632

# California Bank & Trust

ACCOUNT # 5792780321



| Ref# 53060856 | $6048.30 | Ch# 52454 |
| Ref# 53061231 | $2377.72 | Ch# 52455 |
| Ref# 53000632 | $2023.99 | Ch# 52456 |
| Ref# 53007221 | $6464.39 | Ch# 52457 |
| Ref# 53060523 | $1800.00 | Ch# 52458 |
| Ref# 53065540 | $4159.81 | Ch# 52459 |
| Ref# 53004596 | $2188.63 | Ch# 52460 |
| Ref# 53084617 | $8434.30 | Ch# 52461 |
| Ref# 53057026 | $5133.43 | Ch# 52462 |
| Ref# 53066110 | $2540.00 | Ch# 52463 |

0042464-0000003-0116632

# California Bank & Trust

ACCOUNT # 5792780321



Ref# 53051984    $1873.71    Ch# 52464

Ref# 53082731    $1678.94    Ch# 52465



Ref# 53068016    $2377.73    Ch# 52468



Ref# 53049456    $1800.00    Ch# 52471



Ref# 53070299    $1568.22    Ch# 52478

0042464-0000004-0116633

# CALIFORNIA BANK
## TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 2
This Statement: August 31, 2017
Last Statement: July 31, 2017

Account 5792780339

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0042465            4244-06-0000-CBT-PG0023-00000

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
TAX ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780339 | $41.92 | |

## BUSINESS ESSENTIALS CHECKING 5792780339                                104    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 51.92 | 0.00 | 10.00 | 0.00 | 41.92 |

### 0  DEPOSITS/CREDITS

There were no transactions this period.

### 2  CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 08/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 08/31 | 3.00 | PAPER STATEMENT FEE |

### 0  CHECKS PROCESSED

There were no transactions this period.

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

### DAILY BALANCES

| Date | Balance |
|---|---|
| 08/31 | 41.92 |

A division of ZB, N.A. Member FDIC        EQUAL HOUSING LENDER

0042465-000001-0116634

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights.)*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
Become an Online Banking Customer for 24-hour account access.
•Review account balances •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**