UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>EAGAN AVENATTI, LLP<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  8:17-bk-11961-CB<br>Operating Report Number:  7<br>For the Month Ending:  9/1/2017 - 9/30/2017 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  1,472,254.55

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  1,467,657.14

3. BEGINNING BALANCE:  4,597.41

4. RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | 829,635.28 |
| Accounts Receivable - Pre-filing | |
| General Sales | |
| Other (Specify) | |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD:  829,635.28

5. BALANCE:  834,232.69

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts  (from page 2) | 234,500.00 |
| Disbursements (from page 2) | 356,323.00 |

TOTAL DISBURSEMENTS THIS PERIOD:***  590,823.00

7. ENDING BALANCE:  243,409.69

8. General Account Number(s):  313

Depository Name & Location:  California Bank & Trust
Irvine, CA

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DIP GENERAL ACCOUNT 0313 FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/1/2017 | ACH | Blue Cross | Insurance | | 12,488.93 | 12,488.93 |
| 9/7/2017 | 1049 | US Attorney's Office | Taxes | | 12,474.54 | 12,474.54 |
| 9/14/2017 | 1050 | Ace Parking | Rent | | 2,200.00 | 2,200.00 |
| 9/15/2017 | ACH | Verizon | Telephone | | 993.23 | 993.23 |
| 9/15/2017 | TRANS | DIP 0321 Payroll | Payroll | 48,000.00 | | 48,000.00 |
| 9/18/2017 | ACH | Cox | Telephone | | 3,934.40 | 3,934.40 |
| 9/18/2017 | ACH | Cox | Telephone | | 547.20 | 547.20 |
| 9/18/2017 | 9999 | The Irvine Company | Rent | | 105,000.00 | 105,000.00 |
| 9/19/2017 | ACH | Staples | Supplies | | 5,626.66 | 5,626.66 |
| 9/19/2017 | ACH | Cox | Telephone | | 1,983.01 | 1,983.01 |
| 9/19/2017 | ACH | Verizon | Telephone | | 1,022.04 | 1,022.04 |
| 9/19/2017 | ACH | Blue Cross | Insurance | | 12,488.93 | 12,488.93 |
| 9/19/2017 | 1051 | ADR | Case Related Costs | | 7,695.00 | 7,695.00 |
| 9/19/2017 | 1052 | Nationwide | Case Related Costs | | 10,000.00 | 10,000.00 |
| 9/19/2017 | 1053 | GMGS | Insurance | | 12,562.00 | 12,562.00 |
| 9/19/2017 | 1054 | Martindale | Office | | 1,279.00 | 1,279.00 |
| 9/19/2017 | 1055 | Ace Parking | Rent | | 1,790.00 | 1,790.00 |
| 9/19/2017 | 1057 | Alderson | Case Related Costs | | 25.00 | 25.00 |
| 9/19/2017 | 1058 | Allied Universal | Telephone | | 200.00 | 200.00 |
| 9/19/2017 | 1061 | Brocker | Case Related Costs | | 2,242.02 | 2,242.02 |
| 9/19/2017 | 1062 | Burlington | Case Related Costs | | 286.94 | 286.94 |
| 9/19/2017 | 1065 | Central | Telephone | | 318.00 | 318.00 |
| 9/19/2017 | 1066 | Citron | Case Related Costs | | 562.00 | 562.00 |
| 9/19/2017 | 1067 | Esner | Case Related Costs | | 1,555.43 | 1,555.43 |
| 9/19/2017 | 1068 | Gass Weber | Case Related Costs | | 1,219.02 | 1,219.02 |
| 9/19/2017 | 1069 | Hahn Bowersock | Case Related Costs | | 903.10 | 903.10 |
| 9/19/2017 | 1070 | iManage | Computer | | 1,481.31 | 1,481.31 |
| 9/19/2017 | TRANS | DIP 0339 Taxes | Payroll Taxes | 133,500.00 | | 133,500.00 |
| 9/20/2017 | 1071 | Competition | Case Related Costs | | 19,647.58 | 19,647.58 |
| 9/20/2017 | 1073 | Cynthia | Case Related Costs | | 50.00 | 50.00 |
| 9/20/2017 | 1074 | D.O.S. | Maintenance/Supplies | | 875.00 | 875.00 |
| 9/20/2017 | 1075 | International | Rent | | 5,364.06 | 5,364.06 |
| 9/20/2017 | 1076 | James Cameron | Case Related Costs | | 67.74 | 67.74 |
| 9/20/2017 | 1077 | Judy Regnier | Supplies | | 23.75 | 23.75 |
| 9/20/2017 | 1078 | KNJ | Case Related Costs | | 5,000.00 | 5,000.00 |
| 9/20/2017 | 1079 | LabCorp | Case Reated Costs | | 40.00 | 40.00 |
| 9/20/2017 | 1080 | Nationwide | Case Related Costs | | 3,912.82 | 3,912.82 |
| 9/20/2017 | 1082 | Paperstreet | Office | | 90.00 | 90.00 |
| 9/20/2017 | 1083 | Pitney Bowes | Office | | 1,138.25 | 1,138.25 |
| 9/20/2017 | 1084 | Personal Court | Case Related Costs | | 12,913.21 | 12,913.21 |
| 9/20/2017 | 1085 | Ricoh | Office | | 4,273.22 | 4,273.22 |
| 9/20/2017 | 1086 | Shred It | Office | | 1,354.72 | 1,354.72 |
| 9/20/2017 | 1087 | Tabs | Maintenance/Supplies | | 770.00 | 770.00 |
| 9/20/2017 | 1088 | Thomson West | Case Related Costs | | 5,660.46 | 5,660.46 |
| 9/20/2017 | 1089 | Veritext | Case Related Costs | | 1,231.10 | 1,231.10 |
| 9/20/2017 | 1090 | Ahmed Ibrahim | Case Related Costs | | 271.96 | 271.96 |
| 9/20/2017 | 1091 | AT&T | Telephone | | 67.22 | 67.22 |
| 9/20/2017 | 1092 | Bactes | Case Related Costs | | 433.51 | 433.51 |
| 9/20/2017 | 1093 | CCROLA | Case Related Costs | | 78.00 | 78.00 |
| 9/20/2017 | 1094 | Centext | Case Related Costs | | 354.20 | 354.20 |
| 9/20/2017 | 1095 | County of Orange | Taxes | | 1,821.66 | 1,821.66 |
| 9/20/2017 | 1096 | Pansky Marble | Case Related Costs | | 676.65 | 676.65 |
| 9/20/2017 | 1097 | Safina Motiwala | Case Related Costs | | 2,500.00 | 2,500.00 |
| 9/20/2017 | 1098 | Ryan E. Goble | Case Related Costs | | 275.00 | 275.00 |
| 9/20/2017 | 1099 | Personal Court | Case Related Costs | | 5,862.07 | 5,862.07 |
| 9/22/2017 | 1101 | Brocker | | | 3,877.50 | 3,877.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/22/2017 | 1102 | Collision and Injury | | | 1,368.00 | 1,368.00 |
| 9/22/2017 | 1103 | D.O.S. | Maintenance/Supplies | | 437.50 | 437.50 |
| 9/22/2017 | 1104 | First Insurance | Insurance | | 5,437.15 | 5,437.15 |
| 9/22/2017 | 1105 | Hahn Bowersock | | | 721.00 | 721.00 |
| 9/22/2017 | 1106 | JAG | | | 1,137.50 | 1,137.50 |
| 9/22/2017 | 1107 | Kelly | | | 3,650.00 | 3,650.00 |
| 9/22/2017 | 1108 | KNJ | | | 17,693.47 | 17,693.47 |
| 9/22/2017 | 1109 | Nationwide | | | 3,556.62 | 3,556.62 |
| 9/22/2017 | 1110 | Ricoh | Office | | 4,273.22 | 4,273.22 |
| 9/22/2017 | 1111 | Veritext | | | 608.00 | 608.00 |
| 9/22/2017 | 1112 | US Attorney's Office | Taxes | | 12,475.54 | 12,475.54 |
| 9/22/2017 | 1113 | Collision and Injury | | | 2,905.30 | 2,905.30 |
| 9/22/2017 | 1114 | Forensic Consultants | | | 1,352.50 | 1,352.50 |
| 9/22/2017 | 1115 | HSNO | | | 1,125.00 | 1,125.00 |
| 9/22/2017 | 1116 | Dr. Kawai | | | 10,100.00 | 10,100.00 |
| 9/22/2017 | 1117 | Rest Your Case | | | 1,350.00 | 1,350.00 |
| 9/22/2017 | 1118 | The Neurobehavorial | | | 1,417.00 | 1,417.00 |
| 9/22/2017 | 1119 | Veritext | | | 959.80 | 959.80 |
| 9/22/2017 | 1120 | International | Rent | | 5,900.46 | 5,900.46 |
| 9/22/2017 | TRANS | DIP 0321 Payroll | Payroll | 53,000.00 | | 53,000.00 |
| 9/30/2017 | ACH | CBT | Bank Service Charge | | 347.50 | 347.50 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 234,500.00 | 356,323.00 | $590,823.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT DIP 0313
## BANK RECONCILIATION

| Bank statement Date: | 9/29/2017 | Balance on Statement: | $276,198.32 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT**                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1057 | 9/19/2017 | 25.00 |
| 1062 | 9/19/2017 | 286.94 |
| 1067 | 9/19/2017 | 1,555.43 |
| 1069 | 9/19/2017 | 903.10 |
| 1073 | 9/20/2017 | 25.00 |
| 1079 | 9/20/2017 | 40.00 |
| 1092 | 9/20/2017 | 433.51 |
| 1093 | 9/20/2017 | 78.00 |
| 1094 | 9/20/2017 | 354.20 |
| 1098 | 9/20/2017 | 275.00 |
| 1102 | 9/22/2017 | 1,368.00 |
| 1105 | 9/22/2017 | 721.00 |
| 1112 | 9/22/2017 | 12,475.54 |
| 1113 | 9/22/2017 | 2,905.30 |
| 1114 | 9/22/2017 | 1,352.50 |
| 1117 | 9/22/2017 | 1,350.00 |

**TOTAL OUTSTANDING CHECKS:**                    | 24,148.52 |

Bank statement Adjustments:

Explanation of Adjustments-

| |
|---|
| |

**ADJUSTED BANK BALANCE:**                    | $252,049.80 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          352,610.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL          351,933.10
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          676.90

4.  RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)          101,000.00

5.  BALANCE:          101,676.90

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***          98,085.83

7.  ENDING BALANCE:          3,591.07

8.  PAYROLL Account Number(s):          O321

Depository Name & Location:          California Bank & Trust
          Irvine, CA

PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/1/2017 | ACH | CBT | Bank Account Charge | 108.00 |
| 9/12/2017 | ACH | Paychex | Payroll Expenses | 204.65 |
| 9/15/2017 | 52479 | Emily Abbinanti | Payroll | 669.08 |
| 9/15/2017 | 52480 | John N. Arden | Payroll | 6,048.29 |
| 9/15/2017 | 52481 | Natalia Bonilla | Payroll | 2,377.73 |
| 9/15/2017 | 52482 | Thomas Cassaro | Payroll | 2,023.99 |
| 9/15/2017 | 52483 | Carlos Colorado | Payroll | 6,464.39 |
| 9/15/2017 | 52484 | Alfredo Garcia | 1099 Payroll | 1,800.00 |
| 9/15/2017 | 52485 | Maria A. Garcia | Payroll | 3,881.08 |
| 9/15/2017 | 52486 | Thomas E. Gray | Payroll | 2,188.63 |
| 9/15/2017 | 52487 | Ahmed I. Ibrahim | Payroll | 8,321.80 |
| 9/15/2017 | 52488 | Judy K. Regnier | Payroll | 5,611.34 |
| 9/15/2017 | 52489 | Damon L. Rogers | Payroll | 2,540.00 |
| 9/15/2017 | 52490 | Katherine Sneddon | Payroll | 1,874.88 |
| 9/15/2017 | 52491 | Hillary Wollett | Payroll | 1,568.24 |
| 9/15/2017 | ACH | John Hancock | Employee 401k Contributions | 2,207.49 |
| 9/29/2017 | 52492 | Emily Abbinanti | Payroll | 607.78 |
| 9/29/2017 | 52493 | John N. Arden | Payroll | 6,261.15 |
| 9/29/2017 | 52494 | Natalia Bonilla | Payroll | 2,377.73 |
| 9/29/2017 | 52495 | Thomas Cassaro | Payroll | 2,024.01 |
| 9/29/2017 | 52496 | Carlos Colorado | Payroll | 6,464.39 |
| 9/29/2017 | 52497 | Michael A. Garcia | Payroll | 2,954.53 |
| 9/29/2017 | 52498 | Alfredo Garcia | 1099 Payroll | 1,800.00 |
| 9/29/2017 | 52499 | Maria A. Garcia | Payroll | 3,881.08 |
| 9/29/2017 | 52500 | Thomas E. Gray | Payroll | 2,188.62 |
| 9/29/2017 | 52501 | Ahmed I. Ibrahim | Payroll | 8,321.80 |
| 9/29/2017 | 52502 | Judy K. Regnier | Payroll | 5,611.35 |
| 9/29/2017 | 52503 | Damon L. Rogers | Payroll | 2,540.01 |
| 9/29/2017 | 52504 | Katherine Sneddon | Payroll | 2,012.56 |
| 9/29/2017 | 52505 | Hillary Wollett | Payroll | 1,457.55 |
| 9/29/2017 | ACH | John Hancock | Employee 401k Contributions | 1,693.68 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 98,085.83 |

PAYROLL ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 9/29/2017 | Balance on Statement: | $34,903.33 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| ACH | 9/29/2017 | 1,693.68 |
| 52492 | 9/29/2017 | 607.78 |
| 52496 | 9/29/2017 | 6,464.39 |
| 52497 | 9/29/2017 | 2,954.53 |
| 52500 | 9/29/2017 | 2,188.62 |
| 52501 | 9/29/2017 | 8,321.80 |
| 52502 | 9/29/2017 | 5,611.35 |
| 52504 | 9/29/2017 | 2,012.56 |
| 52505 | 9/29/2017 | 1,457.55 |

TOTAL OUTSTANDING CHECKS: | | | 31,312.26 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | | $3,591.07 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## C. (TAX ACCOUNT)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 92,440.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 92,398.08 |
| 3.  BEGINNING BALANCE: | 41.92 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | 133,500.00 |
| 5.  BALANCE: | 133,541.92 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 133,315.23 |
| 7.  ENDING BALANCE: | 226.69 |

8. TAX Account Number(s):          O339

Depository Name & Location:          California Bank & Trust
                                     Irvine, CA

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,352.42 |
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,371.32 |
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,448.00 |
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,464.18 |
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,467.41 |
| 9/19/2017 | ACH | EDD | State Payroll Tax | 4,709.37 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 16,086.12 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 16,219.52 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 17,357.21 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 17,736.82 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 19,086.90 |
| 9/19/2017 | ACH | EFTPS | Fed Payroll Tax | 20,005.96 |
| 9/29/2017 | ACH | CBT | Bank Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 133,315.23 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____9/29/2017_____ Balance on Statement: _____$226.69_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $226.69 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 276,198.32 |
| Payroll Account: | 34,903.33 |
| Tax Account: | 226.69 |

\*Other Accounts:

\*Other Monies:

\*\*Petty Cash (from below): 0.00

**TOTAL CASH AVAILABLE:** 311,328.34

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
|  |  |  |

**TOTAL PETTY CASH TRANSACTIONS:** 0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| The Irvine Company | Mo | 1,332.00 | 0 | 0.00 |
| The Irvine Company | Mo | 128.00 | 0 | 0.00 |
| The Irvine Company | Mo | 51,931.00 | 0 | 0.00 |
| Ace Parking | Mo | 2,000.00 | 0 | 0.00 |
| Int'l Church of Foursquar | Mo | 4,845.29 | 0 | 0.00 |
| Ricoh | Mo | 2,136.61 | 0 | 0.00 |
| Pitney Bowes | Qtr | 421.26 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:    0.00
Total Wages Paid:    135,158.79

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 12,107.63 | | |
| State Withholding | 4,726.46 | | |
| FICA- Employer's Share | 2,714.03 | | |
| FICA- Employee's Share | 2,826.52 | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 22,374.64 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 21,215.18 | | |
| 31 - 60 days | 22,646.74 | | |
| 61 - 90 days | 5,496.72 | | |
| 91 - 120 days | 36,867.34 | | |
| Over 120 days | | | |
| TOTAL: | 86,225.98 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | The Hartford | | 8/20/2018 | 10/20/2017 |
| Worker's Compensation | The Hartford | | 8/20/2018 | 10/20/2017 |
| Malpractice | New York Marine | 3m | 8/20/2018 | 10/20/2017 |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 160,872.00 | 1,625.00 | | 1,625.00 | 0.00 |
| 30-Jun-2017 | 838,087.06 | 4,875.00 | | 4,875.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | 6,500.00 | | | 6,500.00 | 0.00 |

* Some of these accounts payable were for goods or services obtained prior to March 10, 2017.

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Accounts Receivable | 829,635.28 | 19,019,059.83 |
| Other - Accrued Legal Fees | | 1,907,400.00 |
| Revenue | 829,635.28 | 20,626,459.83 |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 829,635.28 | 20,626,459.83 |
| Other Operating Income (Itemize) | | |
| Operating Expenses: | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 97,449.85 | 775,311.96 |
| Payroll Taxes | 42,912.55 | 381,171.43 |
| Other Taxes (Personal Property - County of Orange) | 0.00 | 1,821.66 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 60,236.29 | 424,074.43 |
| Lease Expense - Personal Property | 2,136.61 | 16,409.49 |
| Insurance | 17,926.08 | 130,662.81 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 2,427.10 | 28,576.55 |
| Repairs and Maintenance | 437.50 | 8,493.51 |
| Office Supplies/Expense | 2,175.59 | 10,709.10 |
| Case Related Costs | 51,806.06 | 299,846.84 |
| Total Operating Expenses | 277,507.63 | 2,354,585.41 |
| Net Gain/(Loss) from Operations | 552,127.65 | 18,271,874.42 |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| Non-Operating Expenses: | | |
| Legal and Professional (Baker/Hostetler) | 0.00 | 1,909.00 |
| Legal and Professional (PSZJ - May) | 0.00 | 188,432.03 |
| Legal and Professional (PSZJ - June) | 0.00 | 277,051.53 |
| Legal and Professional (PSZJ - July) | 0.00 | 239,107.04 |
| Legal and Professional (PSZJ - August) | 0.00 | 214,946.11 |
| Legal and Professional (PSZJ - Est. Sept) | 78,000.00 | 78,000.00 |
| Total Non-Operating Expenses* | 78,000.00 | 999,445.71 |
| NET INCOME/(LOSS) | 474,127.65 | 17,272,428.71 |

*Note: We have not received an invoice from counsel for the Creditor's Committee.

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 311,328.34 | |
| Restricted Cash | 100,080.11 | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | 100,000.00 | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 511,408.45 |
| Property, Plant, and Equipment | 150,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 150,000.00 |
| Other Assets (Net of Amortization): | | |
| Fees/Costs Due From Contingency Cases* | 45,000,000.00 | |
| Other (Art) | 50,000.00 | |
| Total Other Assets | | 45,050,000.00 |
| TOTAL ASSETS | | 45,711,408.45 |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 86,225.98 | |
| Taxes Payable | 22,374.64 | |
| Notes Payable | | |
| Professional fees | 999,445.71 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 1,108,046.33 |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 773,686.22 | |
| Priority Liabilities | 1,762,810.48 | |
| Unsecured Liabilities | 18,019,579.29 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 20,556,075.99 |
| TOTAL LIABILITIES | | 21,664,122.32 |
| EQUITY: | | |
| Pre-petition Owners' Equity | 25,760,340.47 | |
| Post-petition Profit/(Loss) | (1,713,054.34) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 24,047,286.13 |
| TOTAL LIABILITIES & EQUITY | | 45,711,408.45 |

*This is an estimate; however, the firm's ability to provide an accurate estimate is severely hampered by the refusal of Jason Frank, Esq. to provide accurate and timely access to settlement information relating to certain cases he took from the firm. On information and belief, a number of those cases have settled and the firm is entitled to millions in fees and costs from those cases. Despite repeated demands, Mr. Frank, without justification, refuses to provide the information necessary.

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I,   Michael J. Avenatti, Managing Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


10-16-17
_____          _____          _____
Date                                    Page 16 of 16                    Principal for debtor-in-possession

# C|B CALIFORNIA BANK
### TRUST
T·R·U·S·T

P.O. Box 489, Lawndale, CA  90260-0489

0050865

4273-06-0000-CBT-PC0023-00052

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
GENERAL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780313 | $276,198.32 | |

---

## BUSINESS ESSENTIALS CHECKING 5792780313

104   52

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 53,116.42 | 838,247.28 | 322,431.80 | 292,733.58 | 276,198.32 |

### 5 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 09/05 | 2,482.00 | ONLINE XFER |
| 09/05 | 6,130.00 | ONLINE XFER |
| 09/15 | 48,000.00 | ONLINE XFER |
| 09/18 | 372,394.00 | DEPOSIT 5353077608 |
| 09/22 | 409,241.28 | DEPOSIT 5353019006 |

### 13 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/01 | 48,500.00 | ONLINE XFER |
| 09/05 | 12,488.93 | ANTHEM BLUE I01O CORP P FL00853376 REF # 017248004773569  1108822224 |
| 09/15 | 48,000.00 | ONLINE XFER |
| 09/18 | 993.23 | ACHMA VISB BILL PYMNT REF # 017261004148482  1107937527 |
| 09/19 | 133,500.00 | ONLINE XFER |
| 09/20 | 5,626.66 | STAPLES COMPANY ZYO413Q 100000000021943REF # 017263005921357  1107633824 |
| 09/20 | 12,488.93 | ANTHEM BLUE I01O CORP P FL00875939 REF # 017263005936855  1107634345 |
| 09/20 | 547.10 | COX COMM ORG BANKDRAFT REF # 017262005254774  1107613549 |
| 09/20 | 3,934.40 | COX COMM ORG BANKDRAFT REF # 017262005254773  1107613548 |
| 09/21 | 347.50 | ANALYSIS SERVICE FEE |
| 09/21 | 1,022.04 | ACHMA VISB BILL PYMNT REF # 017263005966218  1107206174 |
| 09/21 | 1,983.01 | COX COMM ORG BANKDRAFT REF # 017263005988663  1107206770 |
| 09/22 | 53,000.00 | ONLINE XFER |

### 50 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1038 | 09/01 | 15.00 | 1058* | 09/25 | 200.00 | 1075 | 09/21 | 5,364.06 |
| 1049* | 09/18 | 12,475.54 | 1061* | 09/27 | 2,242.02 | 1076 | 09/20 | 67.74 |
| 1050 | 09/19 | 2,200.00 | 1065* | 09/22 | 318.00 | 1077 | 09/20 | 23.75 |
| 1051 | 09/19 | 7,695.00 | 1066 | 09/25 | 562.00 | 1078 | 09/22 | 5,000.00 |
| 1052 | 09/19 | 10,000.00 | 1068* | 09/26 | 1,219.02 | 1080* | 09/21 | 3,912.82 |
| 1053 | 09/20 | 12,562.00 | 1070* | 09/26 | 1,481.31 | 1082* | 09/25 | 90.00 |
| 1054 | 09/21 | 1,279.00 | 1071 | 09/28 | 19,647.58 | 1083 | 09/28 | 1,138.25 |
| 1055 | 09/25 | 1,790.00 | 1074* | 09/29 | 875.00 | 1084 | 09/25 | 12,913.21 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.** The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

CB | CALIFORNIA BANK
&
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of 16
September 29, 2017
EAGAN AVENATTI LLP
5792780313

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1085 | 09/22 | 4,273.22 | 1097 | 09/26 | 2,500.00 | 1110 | 09/25 | 4,273.22 |
| 1086 | 09/22 | 1,354.72 | 1099* | 09/25 | 5,862.07 | 1111 | 09/27 | 608.00 |
| 1087 | 09/25 | 770.00 | 1101* | 09/27 | 3,877.50 | 1115* | 09/26 | 1,125.00 |
| 1088 | 09/26 | 5,660.46 | 1103* | 09/29 | 437.50 | 1116 | 09/27 | 10,100.00 |
| 1089 | 09/25 | 1,231.10 | 1104 | 09/25 | 5,437.15 | 1118* | 09/26 | 1,417.00 |
| 1090 | 09/25 | 271.96 | 1106* | 09/25 | 1,137.50 | 1119 | 09/27 | 959.80 |
| 1091 | 09/25 | 67.22 | 1107 | 09/26 | 3,650.00 | 1120 | 09/26 | 5,900.46 |
| 1095* | 09/21 | 1,821.66 | 1108 | 09/25 | 17,693.47 | 9999* | 09/18 | 105,000.00 |
| 1096 | 09/26 | 676.65 | 1109 | 09/25 | 3,556.62 | | | |

*Not in check sequence*

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $108.00 |
| Total Returned Item Fees | $0.00 | $36.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 4,601.42 | 09/20 | 66,004.14 | 09/26 | 316,083.97 |
| 09/05 | 724.49 | 09/21 | 50,274.05 | 09/27 | 298,296.65 |
| 09/15 | 724.49 | 09/22 | 395,569.39 | 09/28 | 277,510.82 |
| 09/18 | 254,649.72 | 09/25 | 339,713.87 | 09/29 | 276,198.32 |
| 09/19 | 101,254.72 | | | | |

A division of ZB, N.A. Member FDIC

0050865-0000002-0121628

This page intentionally left blank

0050865-0000002-0121628



Ref# 53077608   $372394.00

Ref# 53019006   $409241.28

Ref# 53006062   $15.00   Ch# 1038

Ref# 53105338   $12475.54   Ch# 1049

Ref# 53005151   $2200.00   Ch# 1050

Ref# 53094743   $7695.00   Ch# 1051

Ref# 53070809   $10000.00   Ch# 1052

Ref# 53046778   $12562.00   Ch# 1053

Ref# 53045361   $1279.00   Ch# 1054

Ref# 53004135   $1790.00   Ch# 1055

California Bank & Trust

This Statement:
September 29, 2017
ACCOUNT # 5797780313
Page 6 of 10



| Ref# | Amount | Ch# |
|---|---|---|
| Ref# 53110267 | $200.00 | Ch# 1058 |
| Ref# 53002323 | $2242.02 | Ch# 1061 |
| Ref# 53080116 | $318.00 | Ch# 1065 |
| Ref# 53025674 | $562.00 | Ch# 1066 |
| Ref# 53011199 | $1219.02 | Ch# 1068 |
| Ref# 53069199 | $1481.31 | Ch# 1070 |
| Ref# 53044494 | $19647.58 | Ch# 1071 |
| Ref# 53062041 | $875.00 | Ch# 1074 |
| Ref# 53081595 | $5364.06 | Ch# 1075 |
| Ref# 53059650 | $67.74 | Ch# 1076 |



| Ref# 53058732 | $23.75 | Ch# 1077 |
| Ref# 53072345 | $5000.00 | Ch# 1078 |
| Ref# 53055835 | $3912.82 | Ch# 1080 |
| Ref# 53097843 | $90.00 | Ch# 1082 |
| Ref# 53058516 | $1138.25 | Ch# 1083 |
| Ref# 53092519 | $12913.21 | Ch# 1084 |
| Ref# 53052970 | $4273.22 | Ch# 1085 |
| Ref# 53048318 | $1354.72 | Ch# 1086 |
| Ref# 53105313 | $770.00 | Ch# 1087 |
| Ref# 53069229 | $5660.46 | Ch# 1088 |

California Bank & Trust



Ref# 53029736    $1231.10    Ch# 1089

Ref# 53121822    $271.96    Ch# 1090

Ref# 53089648    $67.22    Ch# 1091

Ref# 53058643    $1821.66    Ch# 1095

Ref# 53006082    $676.65    Ch# 1096

Ref# 53069481    $2500.00    Ch# 1097

Ref# 53092518    $5862.07    Ch# 1099

Ref# 53002322    $3877.50    Ch# 1101

Ref# 53062040    $437.50    Ch# 1103

Ref# 53137725    $5437.15    Ch# 1104

California Bank & Trust

ACCOUNT # 5797780313

| | | 1106 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Judicial Arbiter Group — $**1,137.50

One Thousand One Hundred Thirty-Seven and 50/100********** DOLLARS

Judicial Arbiter Group, Inc.
1601 Blake Street, Suite 400
Denver, CO 80202

MEMO

Ref# 53109483     $1137.50     Ch# 1106

| | | 1107 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF KELLY NASSER, R.N., GNP — $**3,650.00

Three Thousand Six Hundred Fifty and 00/100********** DOLLARS

KELLY NASSER, R.N., GNP
29 WEST 85TH STREET #1F
NEW YORK, NY 10023

MEMO

Ref# 53055962     $3650.00     Ch# 1107

| | | 1108 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF KNJ — $**17,693.47

Seventeen Thousand Six Hundred Ninety-Three and 47/100***** DOLLARS

KNJ
1106-A Broadway
Santa Monica, CA 90401

MEMO

Ref# 53056067     $17693.47     Ch# 1108

| | | 1109 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Nationwide Legal — $**3,556.62

Three Thousand Five Hundred Fifty-Six and 62/100***** DOLLARS

Nationwide Legal Express, LLC
1609 James M. Wood Blvd
Los Angeles, CA 90015

MEMO

Ref# 53119414     $3556.62     Ch# 1109

| | | 1110 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Ricoh USA, Inc — $**4,273.22

Four Thousand Two Hundred Seventy-Three and 22/100***** DOLLARS

Ricoh USA, Inc
PO Box 31001-0850
Pasadena, CA 91110-0850

MEMO

Ref# 53020556     $4273.22     Ch# 1110

| | | 1111 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Veritext Chicago — $**608.00

Six Hundred Eight and 00/100***** DOLLARS

Veritext Midwest
P.O. Box 71303
Chicago, IL 60694-1303

MEMO OC3010213

Ref# 53007109     $608.00     Ch# 1111

| | | 1115 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF HSNO — $**1,125.00

One Thousand One Hundred Twenty-Five and 00/100***** DOLLARS

HSNO
P.O. BOX 51067
LOS ANGELES, CA 90051-5387

MEMO 190435973

Ref# 53096047     $1125.00     Ch# 1115

| | | 1116 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Sharon K. Kawai, M.D. — $**10,100.00

Ten Thousand One Hundred and 00/100***** DOLLARS

Sharon K. Kawai, M.D.
15775 Laguna Canyon Road
Suite 120
Irvine, CA 92618

MEMO Nadel Haim

Ref# 53003847     $10100.00     Ch# 1116



| | | 1118 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF The Neurobehavioral Clinic — $**1,417.00

One Thousand Four Hundred Seventeen and 00/100***** DOLLARS

The Neurobehavioral Clinic
13 Orchard Road, Suite 103
Lake Forest, CA 92630

MEMO Nadel Haim

Ref# 53063151     $1417.00     Ch# 1118

| | | 1119 |
|---|---|---|
| EAGAN AVENATTI LLP | CALIFORNIA BANK & TRUST | 9/22/2017 |

PAY TO THE ORDER OF Veritext Chicago — $**959.80

Nine Hundred Fifty-Nine and 80/100***** DOLLARS

Veritext West
P.O. Box 71303
Chicago, IL 60694-1303

MEMO OC3010213

Ref# 53007108     $959.80     Ch# 1119

California Bank & Trust

Case 8:17-bk-11961-CB   Doc 260   Filed 10/16/17   Entered 10/16/17 15:47:11   Desc
Main Document   Page 27 of 39

This Statement:
September 29, 2017
Page 10 of 10

ACCOUNT # 5792780313

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR. STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614
16-339/1220

1120

9/22/2017

PAY TO THE ORDER OF   Int'l Church of the Foursquare          $ **5,900.46

Five Thousand Nine Hundred and 46/100************   DOLLARS

Int'l Church of the Foursquare
100 Bayview Circle, Suite 2600
Dept. 8
Newport Beach, CA 92660

MEMO

Ref# 53086959      $5900.46      Ch# 1120



NAME   Eagan Avenatti LLP
ACCOUNT NO.   5792780313      DATE   9-18-17

PAY TO THE ORDER OF   Cash      $ 105000

One hundred five thousand 00/100   DOLLARS

CALIFORNIA BANK & TRUST

MEMO                                         9999

Ref# 53125063      $105000.00      Ch# 9999

0050865-0000005-0121631

## CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: September 29, 2017
Last Statement: August 31, 2017

Account 5792780321

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0050866                 4273-06-0000-CBT-PG0023-00029

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
PAYROLL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780321 | $34,903.33 | |

---

## BUSINESS ESSENTIALS CHECKING 5792780321                    104    29

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -5,603.66 | 149,500.00 | 4,727.63 | 104,265.38 | 34,903.33 |

**3 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 09/01 | 48,500.00 | ONLINE XFER |
| 09/15 | 48,000.00 | ONLINE XFER |
| 09/22 | 53,000.00 | ONLINE XFER |

**4 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 09/01 | 108.00 | FEE-ITEM PD  1704201001 |
| 09/05 | 2,207.49 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017248005497746  1108872022 |
| 09/13 | 204.65 | PAYCHEX EIB INVOICE X72892200000451REF # 017256001626162  1107332093 |
| 09/20 | 2,207.49 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017262005674972 1107622133 |

**29 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 52466 | 09/05 | 1,002.09 | 52479* | 09/18 | 669.08 | 52489 | 09/15 | 2,540.00 |
| 52467 | 09/01 | 6,048.30 | 52480 | 09/18 | 6,048.29 | 52490 | 09/20 | 1,874.88 |
| 52469* | 09/01 | 2,023.99 | 52481 | 09/15 | 2,377.73 | 52491 | 09/15 | 1,568.24 |
| 52470 | 09/05 | 6,464.40 | 52482 | 09/18 | 2,023.99 | 52493* | 09/29 | 6,261.15 |
| 52472* | 09/01 | 3,881.09 | 52483 | 09/18 | 6,464.39 | 52494 | 09/29 | 2,377.73 |
| 52473 | 09/01 | 2,188.63 | 52484 | 09/15 | 1,800.00 | 52495 | 09/29 | 2,024.01 |
| 52474 | 09/06 | 8,434.30 | 52485 | 09/15 | 3,881.08 | 52498* | 09/29 | 1,800.00 |
| 52475 | 09/05 | 5,555.44 | 52486 | 09/15 | 2,188.63 | 52499 | 09/29 | 3,881.08 |
| 52476 | 09/06 | 2,540.01 | 52487 | 09/18 | 8,321.80 | 52503* | 09/29 | 2,540.01 |
| 52477 | 09/08 | 1,873.70 | 52488 | 09/18 | 5,611.34 | | | |

* Not in check sequence

---

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

_Transfer to Line 9._

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

_This balance should agree with line 10, below._

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

_This balance should agree with line 5, above._

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts.** The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
_(This is a Summary of Your Billing Rights)._
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

_Thank you for banking with California Bank & Trust._

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

**CALIFORNIA BANK**
T R U S T

P.O. Box 489, Lawndale, CA  90260-0489

......................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $108.00 | $108.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

......................................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 28,646.33 | 09/13 | 364.25 | 09/20 | 787.31 |
| 09/05 | 13,416.91 | 09/15 | 36,197.20 | 09/22 | 53,787.31 |
| 09/06 | 2,442.60 | 09/18 | 4,869.68 | 09/29 | 34,903.33 |
| 09/08 | 568.90 | | | | |

A division of ZB, N.A. Member FDIC

0050866-0000002-0121633

**California Bank & Trust**

This page intentionally left blank

0050866-0000002-0121633

California Bank & Trust

Case 8:17-bk-11961-CB   Doc 260   Filed 10/16/17   Entered 10/16/17 15:47:11

ACCOUNT # 5792780321

Main Document   Page 32 of 39

This Statement:
September 29, 2017
Page 5 of 7



Ref# 53003471      $1002.09      Ch# 52466



Ref# 53061414      $6048.30      Ch# 52467



Ref# 53128433      $2023.99      Ch# 52469



Ref# 53007983      $6464.40      Ch# 52470



Ref# 53000796      $3881.09      Ch# 52472



Ref# 53005635      $2188.63      Ch# 52473



Ref# 53012783      $8434.30      Ch# 52474



Ref# 53161725      $5555.44      Ch# 52475

Ref# 53000431      $2540.01      Ch# 52476

Ref# 53083079      $1873.70      Ch# 52477

California Bank & Trust

Ref# 53143601    $669.08    Ch# 52479

Ref# 53093255    $6048.29    Ch# 52480

Ref# 53081112    $2377.73    Ch# 52481

Ref# 53026744    $2023.99    Ch# 52482

Ref# 53006135    $6464.39    Ch# 52483

Ref# 53051729    $1800.00    Ch# 52484

Ref# 53117083    $3881.08    Ch# 52485

Ref# 53004365    $2188.63    Ch# 52486

Ref# 53116733    $8321.80    Ch# 52487

Ref# 53016523    $5611.34    Ch# 52488





California Bank & Trust

Case 8:17-bk-11961-CB    Doc 260    Filed 10/16/17    Entered 10/16/17 15:47:11

Main Document    Page 34 of 39

This Statement:
September 29, 2017
Page 7 of 7



Ref# 53117228      $2540.00      Ch# 52489

Ref# 53059460      $1874.88      Ch# 52490

Ref# 53086323      $1568.24      Ch# 52491

Ref# 53053372      $6261.15      Ch# 52493

Ref# 53054897      $2377.73      Ch# 52494

Ref# 53115624      $2024.01      Ch# 52495

Ref# 53049124      $1800.00      Ch# 52498

Ref# 53058892      $3881.08      Ch# 52499

Ref# 53059039      $2540.01      Ch# 52503

0050866-0000004-0121635

# CB CALIFORNIA BANK
### TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: September 29, 2017
Last Statement: August 31, 2017

Account 5792780339

0050867                    4273-06-0000-CBT-PC0023-00000

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
TAX ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780339 | $226.69 | |

## BUSINESS ESSENTIALS CHECKING 5792780339                    104    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 41.92 | 133,500.00 | 133,315.23 | 0.00 | 226.69 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 09/19 | 133,500.00 | ONLINE XFER |

**14 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 09/19 | 4,352.42 | EMPLOYMENT DEVEL EDD EF 206139264 REF # 017262005184750  1107529092 |
| 09/19 | 4,371.32 | EMPLOYMENT DEVEL EDD EF 135253888 REF # 017262005184747  1107529089 |
| 09/19 | 4,448.00 | EMPLOYMENT DEVEL EDD EF 1789489024 REF # 017262005184752  1107529094 |
| 09/19 | 4,464.18 | EMPLOYMENT DEVEL EDD EF 497459072 REF # 017262005184749  1107529091 |
| 09/19 | 4,467.41 | EMPLOYMENT DEVEL EDD EF 1693962112 REF # 017262005184748  1107529090 |
| 09/19 | 4,709.37 | EMPLOYMENT DEVEL EDD EF 2068410240 REF # 017262005184751  1107529093 |
| 09/19 | 16,086.12 | IRS USATAXPYMT 270766233249804REF # 017262004956284  1107527651 |
| 09/19 | 16,219.52 | IRS USATAXPYMT 270766272805970REF # 017262004956286  1107527653 |
| 09/19 | 17,357.21 | IRS USATAXPYMT 270766250173295REF # 017262004956285  1107527652 |
| 09/19 | 17,736.82 | IRS USATAXPYMT 270766251329752REF # 017262004956281  1107527648 |
| 09/19 | 19,086.90 | IRS USATAXPYMT 270766272218051REF # 017262004956279  1107527646 |
| 09/19 | 20,005.96 | IRS USATAXPYMT 270766225571198REF # 017262004956278  1107527645 |
| 09/29 | 7.00 | MONTHLY MAINTENANCE FEE |
| 09/29 | 3.00 | PAPER STATEMENT FEE |

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of ZB, N.A. Member FDIC



EQUAL HOUSING LENDER

0050867-00000001-0121636

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*          *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.** The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of 4
September 29, 2017
EAGAN AVENATTI LLP
5792780339

**DAILY BALANCES**

| Date | Balance | | Date | Balance |
|------|---------|---|------|---------|
| 09/19 | 236.69 | | 09/29 | 226.69 |

A division of ZB, N.A. Member FDIC

0050867-0000002-0121637

California Bank & Trust

This page intentionally left blank