UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>EAGAN AVENATTI, LLP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:        8:17-bk-11961-CB<br>Operating Report Number:      11<br>For the Month Ending:       1/31/2018 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      2,682,864.83

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS      2,673,854.29

3.  BEGINNING BALANCE:      9,010.54

4.  RECEIPTS DURING CURRENT PERIOD:
     Accounts Receivable - Post-filing      232,221.11
     Accounts Receivable - Pre-filing
     General Sales
     Other (Specify)
     **Other (Specify)

     TOTAL RECEIPTS THIS PERIOD:      232,221.11

5.  BALANCE:      241,231.65

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     Transfers to Other DIP Accounts  (from page 2)      91,500.00
     Disbursements (from page 2)      138,920.32

     TOTAL DISBURSEMENTS THIS PERIOD:***      230,420.32

7.  ENDING BALANCE:      10,811.33

8.  General Account Number(s):      313

     Depository Name & Location:      California Bank & Trust
                                  Irvine, CA

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DIP GENERAL ACCOUNT 0321 FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/2/2018 | ACH | Cox | Phone | | 1,982.10 | 1,982.10 |
| 1/2/2018 | ACH | Cox | Phone | | 170.49 | 170.49 |
| 1/2/2018 | ACH | Blue Cross | Insurance | | 13,942.91 | 13,942.91 |
| 1/2/2018 | 1146 | US Attorney's Office | Taxes | | 12,475.54 | 12,475.54 |
| 1/3/2018 | 9999 | Cash | Supplies | | 3,000.00 | 3,000.00 |
| 1/5/2018 | 1147 | International Church | Rent | | 5,364.07 | 5,364.07 |
| 1/8/2018 | 1148 | Ace Parking | Rent | | 2,000.00 | 2,000.00 |
| 1/8/2018 | 1149 | The Irvine Company | Rent | | 1,332.00 | 1,332.00 |
| 1/8/2018 | 1150 | The Irvine Company | Rent | | 51,931.00 | 51,931.00 |
| 1/8/2018 | 1151 | The Irvine Company | Rent | | 128.00 | 128.00 |
| 1/10/2018 | ACH | First Insurance | Insurance | | 5,724.01 | 5,724.01 |
| 1/10/2018 | ACH | Verizon | Phone | | 6,743.13 | 6,743.13 |
| 1/10/2018 | 1152 | Natalia Bonilla | Reimbursement - Supplies | | 34.00 | 34.00 |
| 1/10/2018 | 1153 | Ahmed Ibrahim | Reimbursement - Case Related | | 1,288.74 | 1,288.74 |
| 1/10/2018 | 1154 | Allied | Office | | 150.00 | 150.00 |
| 1/10/2018 | 1155 | AT&T | Phone | | 45.29 | 45.29 |
| 1/10/2018 | 1156 | Central Communicati | Phone | | 159.00 | 159.00 |
| 1/10/2018 | 1157 | Cross Plans | Payroll/401k | | 460.00 | 460.00 |
| 1/10/2018 | 1158 | D.O.S. | Supplies | | 437.50 | 437.50 |
| 1/10/2018 | 1160 | John Arden | Reimbursement - Case Related | | 176.58 | 176.58 |
| 1/10/2018 | 1161 | James Cameron | Reimbursement - Case Related | | 358.39 | 358.39 |
| 1/10/2018 | 1162 | Judy Regnier | Reimbursement - Case/Office | | 6,392.82 | 6,392.82 |
| 1/10/2018 | 1163 | Martindale | Office | | 959.25 | 959.25 |
| 1/10/2018 | 1164 | Paperstreet | Office | | 270.00 | 270.00 |
| 1/10/2018 | 1165 | PB Purchase | Postage | | 337.91 | 337.91 |
| 1/10/2018 | 1166 | Rest Your Case | Case Related | | 630.00 | 630.00 |
| 1/10/2018 | 1167 | Suzy Garcia | Reimbursement - Case Related | | 125.49 | 125.49 |
| 1/10/2018 | 1168 | Shred-It | Office | | 269.52 | 269.52 |
| 1/11/2018 | ACH | California Bank & T | Bank Charges | | 144.00 | 144.00 |
| 1/11/2018 | ACH | Staples | Supplies | | 3,644.36 | 3,644.36 |
| 1/15/2018 | | DIP 0321 Payroll | Payroll | 47,000.00 | | 47,000.00 |
| 1/17/2018 | ACH | Staples | Supplies | | 424.24 | 424.24 |
| 1/21/2018 | ACH | California Bank & T | Bank Analysis Fee | | 507.50 | 507.50 |
| 1/22/2018 | 1169 | Rest Your Case | Case Related | | 498.50 | 498.50 |
| 1/25/2018 | 1170 | D.O.S. | Supplies | | 2,268.90 | 2,268.90 |
| 1/31/2018 | | DIP 0321 Payroll | Payroll | 44,500.00 | | 44,500.00 |
| 1/31/2018 | ACH | Blue Cross | Insurance | | 14,545.08 | 14,545.08 |
| | | | | | | |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 91,500.00 | 138,920.32 | $230,420.32 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT DIP-03 B
BANK RECONCILIATION

Bank statement Date: ____1/31/2018____    Balance on Statement: ____$65,854.48____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT ____0.00____

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1098 | 9/20/2017 | 275.00 |
| Transfer | 1/31/2018 | 44,500.00 |
| ACH | 1/31/2018 | 14,545.08 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: ____59,320.08____

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: ____$6,534.40____

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS ⎯⎯⎯⎯⎯⎯ 739,210.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS ⎯⎯⎯⎯⎯⎯ 738,388.39

3. BEGINNING BALANCE: 821.61

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account) ⎯⎯⎯⎯⎯⎯ 91,500.00

5. BALANCE: 92,321.61

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:*** 88,708.54

7. ENDING BALANCE: 3,613.07

8. PAYROLL Account Number(s): O321

Depository Name & Location: California Bank & Trust
Irvine, CA

PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/11/2018 | ACH | Paychex | Payroll Expenses | 210.05 |
| 1/15/2018 | 52585 | Emily Abbinanti | Payroll | 1,091.29 |
| 1/15/2018 | 52586 | John N. Arden | Payroll | 5,317.09 |
| 1/15/2018 | 52587 | Natalia Bonilla | Payroll | 2,378.96 |
| 1/15/2018 | 52588 | Thomas Cassaro | Payroll | 2,026.01 |
| 1/15/2018 | 52589 | Carlos Colorado | Payroll | 5,778.61 |
| 1/15/2018 | 52590 | Maria A. Garcia | Payroll | 4,401.92 |
| 1/15/2018 | 52591 | Thomas E. Gray | Payroll | 2,189.31 |
| 1/15/2018 | 52592 | Ahmed I. Ibrahim | Payroll | 7,542.45 |
| 1/15/2018 | 52593 | Judy K. Regnier | Payroll | 5,063.68 |
| 1/15/2018 | 52594 | Alexendria M. Reyes | Payroll | 1,464.18 |
| 1/15/2018 | 52595 | Damon L. Rogers | Payroll | 2,540.05 |
| 1/15/2018 | 52596 | Hillary Wollett | Payroll | 1,679.41 |
| 1/15/2018 | ACH | John Hancock | Employee 401k Contributions | 1,807.54 |
| 1/31/2018 | 52598 | Emily Abbinanti | Payroll | 894.78 |
| 1/31/2018 | 52599 | John N. Arden | Payroll | 5,486.59 |
| 1/31/2018 | 52600 | Natalia Bonilla | Payroll | 2,449.41 |
| 1/31/2018 | 52601 | Thomas Cassaro | Payroll | 2,061.09 |
| 1/31/2018 | 52602 | Carlos Colorado | Payroll | 5,954.69 |
| 1/31/2018 | 52603 | Alfredo Garcia | Payroll | 1,291.88 |
| 1/31/2018 | 52604 | Maria A. Garcia | Payroll | 4,257.83 |
| 1/31/2018 | 52605 | Thomas E. Gray | Payroll | 2,276.35 |
| 1/31/2018 | 52606 | Ahmed I. Ibrahim | Payroll | 7,931.95 |
| 1/31/2018 | 52607 | Judy K. Regnier | Payroll | 5,298.53 |
| 1/31/2018 | 52608 | Alexendria M. Reyes | Payroll | 1,503.94 |
| 1/31/2018 | 52609 | Damon L. Rogers | Payroll | 2,545.86 |
| 1/31/2018 | 52610 | Hillary Wollett | Payroll | 1,457.55 |
| 1/31/2018 | ACH | John Hancock | Employee 401k Contributions | 1,807.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 88,708.54 |

## BANK ACCOUNT OF
## BANK RECONCILIATION

Bank statement Date: _____ 1/31/2018    Balance on Statement: _____ ($9,362.66)

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 1/31/2018 | 44,500.00 |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | | 44,500.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| ACH | 1/31/2018 | 1,807.54 |
| 52598 | 1/31/2018 | 894.78 |
| 52599 | 1/31/2018 | 5,486.59 |
| 52600 | 1/31/2018 | 2,449.41 |
| 52601 | 1/31/2018 | 2,061.09 |
| 52602 | 1/31/2018 | 5,954.69 |
| 52603 | 1/31/2018 | 1,291.88 |
| 52605 | 1/31/2018 | 2,276.35 |
| 52607 | 1/31/2018 | 5,298.53 |
| 52609 | 1/31/2018 | 2,545.86 |
| 52610 | 1/31/2018 | 1,629.73 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | | 31,696.45

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE: | | | $3,440.89

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## 1. CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          334,440.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          334,423.20
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          16.80

4.  RECEIPTS DURING CURRENT PERIOD:          0.00
    (Transferred from General Account)

5.  BALANCE:          16.80

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          10.00

7.  ENDING BALANCE:          6.80

8.  TAX Account Number(s):          O339

    Depository Name & Location:          California Bank & Trust
                                         Irvine, CA

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/31/2018 | ACH | CBT | Bank Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 10.00 |

TAX ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 1/31/2018 | Balance on Statement: | $6.80 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                       | 0.00 |

Bank statement Adjustments:                                     | _____ |
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $6.80 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 6,534.40 |
| Payroll Account: | 3,440.89 |
| Tax Account: | 6.80 |

*Other Accounts: _____ _____
_____ _____

*Other Monies: _____ _____

**Petty Cash (from below): | 0.00 |

### TOTAL CASH AVAILABLE: | 9,982.09 |

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### TOTAL PETTY CASH TRANSACTIONS: | 0.00 |

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| The Irvine Company | Mo | 1,332.00 | 0 | 0.00 |
| The Irvine Company | Mo | 128.00 | 0 | 0.00 |
| The Irvine Company | Mo | 51,931.00 | 0 | 0.00 |
| Ace Parking | Mo | 2,000.00 | 0 | 0.00 |
| Int'l Church of Foursquar | Mo | 4,845.29 | 0 | 0.00 |
| Ricoh | Mo | 2,136.61 | 0 | 0.00 |
| Pitney Bowes | Qtr | 421.26 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:    0.00

Total Wages Paid:    127,384.69

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 41,256.68 | | |
| State Withholding | 17,251.59 | | |
| FICA- Employer's Share | 15,270.11 | | |
| FICA- Employee's Share | 14,688.86 | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 88,467.24 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 36,582.57 |  |  |
| 31 - 60 days | 25,399.11 |  |  |
| 61 - 90 days | 24,629.30 |  |  |
| 91 - 120 days | 48,767.20 |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 135,378.18 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | The Hartford |  | 8/20/2018 | 2/20/2018 |
| Worker's Compensation | The Hartford |  | 8/20/2018 | 2/20/2018 |
| Malpractice | New York Marine | 3m | 8/20/2018 | 2/20/2018 |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 160,872.00 | 1,625.00 | 24-May-2017 | 1,625.00 | 0.00 |
| 30-Jun-2017 | 838,087.06 | 4,875.00 | 27-Jul-2017 | 4,875.00 | 0.00 |
| 30-Sep-2017 | 1,059,521.08 | 6,500.00 | 24-Oct-2017 | 6,500.00 | 0.00 |
| 31-Dec-2017 | 615,374.15 | 4,875.00 |  |  | 4,875.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 17,875.00 |  | 13,000.00 | 4,875.00 |

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | NONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Accounts Receivable | 232,221.11 | 19,507,150.94 |
| Other - Accrued Legal Fees | 270,000.00 | 3,387,400.00 |
| Revenue | 502,221.11 | 22,894,550.94 |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 502,221.11 | 22,894,550.94 |
| Other Operating Income (Itemize) |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 89,770.77 | 1,152,537.42 |
| Payroll Taxes | 47,260.06 | 554,485.73 |
| Other Taxes (Personal Property - County of Orange) | 0.00 | 2,335.98 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 60,236.29 | 665,019.59 |
| Lease Expense - Personal Property | 2,136.61 | 24,955.93 |
| Insurance | 20,269.09 | 206,538.52 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 3,931.20 | 40,098.19 |
| Repairs and Maintenance | 437.50 | 13,093.51 |
| Office Supplies/Expense | 844.70 | 25,504.71 |
| Case Related Costs | 11,507.52 | 378,605.71 |
| Total Operating Expenses | 236,393.74 | 3,071,940.88 |
| Net Gain/(Loss) from Operations | 265,827.37 | 19,822,610.06 |
| Non-Operating Income: |  |  |
| Interest Income |  |  |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income | 0.00 | 0.00 |
| Non-Operating Expenses: |  |  |
| Legal and Professional (Baker/Hostetler) | 0.00 | 1,909.00 |
| Legal and Professional (PSZJ - May) | 0.00 | 188,432.03 |
| Legal and Professional (PSZJ - June) | 0.00 | 277,051.53 |
| Committee's Fees/Expenses (July) | 0.00 | 19,062.79 |
| Legal and Professional (PSZJ - July) | 0.00 | 239,107.04 |
| Committee's Fees/Expenses (August) | 0.00 | 34,250.49 |
| Legal and Professional (PSZJ - August) | 0.00 | 214,946.11 |
| Committee's Fees/Expenses (Sept) | 0.00 | 4,173.19 |
| Legal and Professional (PSZJ - Sept Est.) | 0.00 | 78,000.00 |
| Committee's Fees/Expenses (October) | 0.00 | 6,804.13 |
| Legal and Professional (PSZJ - October) | 0.00 | 110,809.46 |

| | | |
|---|---:|---:|
| Committee's Fees/Expenses (November) | | 3,055.00 |
| Legal and Professional (PSZJ - Est. Nov.) | 0.00 | 96,732.09 |
| Committee's Fees/Expenses (December Est) | 0.00 | 6,750.00 |
| Legal and Professional (PSZJ - December) | 0.00 | 88,995.80 |
| Committee's Fees/Expenses (January) | 39,224.72 | 39,224.72 |
| Legal and Professional (PSZJ - January Est.) | 124,836.60 | 124,836.60 |
| Total Non-Operating Expenses | 164,061.32 | 1,534,139.98 |
| | | |
| NET INCOME/(LOSS) | 101,766.05 | 18,288,470.08 |

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 9,982.09 | |
| Restricted Cash | 110,120.91 | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | 100,000.00 | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 220,103.00 |
| Property, Plant, and Equipment | 150,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 150,000.00 |
| Other Assets (Net of Amortization): | | |
| Fees/Costs Due From Contingency Cases | 45,000,000.00 | |
| Other (Art) | 50,000.00 | |
| Total Other Assets | | 45,050,000.00 |
| TOTAL ASSETS | | 45,420,103.00 |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 135,378.18 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | 1,534,139.98 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 1,669,518.16 |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 773,686.22 | |
| Priority Liabilities | 1,762,810.48 | |
| Unsecured Liabilities | 18,019,579.29 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 20,556,075.99 |
| TOTAL LIABILITIES | | 22,225,594.15 |
| EQUITY: | | |
| Pre-petition Owners' Equity | 25,760,340.47 | |
| Post-petition Profit/(Loss) | (2,565,831.62) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 23,194,508.85 |
| TOTAL LIABILITIES & EQUITY | | 45,420,103.00 |

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

_____

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I,    Michael J. Avenatti, Managing Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

2-15-18
_____
Date

_____
Principal for debtor-in-possession

# C|B CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 8
This Statement: January 31, 2018
Last Statement: December 29, 2017

Account 5792780313

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0042036                    4032-06-0000-CBT-PG0023-00033

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
GENERAL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780313 | $65,854.48 | |

## BUSINESS ESSENTIALS CHECKING 5792780313                     104    33

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 17,484.15 | 232,221.11 | 80,282.74 | 103,568.04 | 65,854.48 |

### 7 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/02 | 15,000.00 | DEPOSIT  5353133982 |
| 01/04 | 15,000.00 | DEPOSIT  5353077844 |
| 01/08 | 11,718.75 | DEPOSIT  5353145578 |
| 01/09 | 14.14 | DEPOSIT  5353079666 |
| 01/11 | 111,113.22 | DEPOSIT  5353011717 |
| 01/23 | 30,000.00 | DEPOSIT  5353021615 |
| 01/31 | 49,375.00 | DEPOSIT  5353059363 |

### 11 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 01/02 | 13,942.91 | ANTHEM BLUE I01O CORP P FL00046604 REF # 018002002318247  1108344953 |
| 01/04 | 170.91 | COX COMM ORG BANKDRAFT REF # 018003004234442  1108107799 |
| 01/04 | 1,982.10 | COX COMM ORG BANKDRAFT REF # 018003004234441  1108107798 |
| 01/11 | 144.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1704001512 |
| 01/12 | 3,644.36 | STAPLES COMPANY 29N6QT6 10000000026389REF # 018012000371779  1107935457 |
| 01/12 | 5,724.01 | FIRST INSURANCE INSURANCE REF # 018012000370981  1107940633 |
| 01/12 | 6,743.13 | ACHMA VISB BILL PYMNT REF # 018011009713592  1107913459 |
| 01/16 | 47,000.00 | ONLINE XFER |
| 01/18 | 424.24 | STAPLES COMPANY BFIHY6R 100000000026604REF # 018018003441531  1106930288 |
| 01/22 | 435.50 | ANALYSIS SERVICE FEE |
| 01/23 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703802093 |

### 26 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1138 | 01/17 | 12,475.54 | 1150 | 01/10 | 51,931.00 | 1155 | 01/16 | 45.29 |
| 1146* | 01/22 | 12,475.54 | 1151 | 01/10 | 128.00 | 1156 | 01/12 | 159.00 |
| 1147 | 01/08 | 5,364.07 | 1152 | 01/11 | 34.00 | 1157 | 01/22 | 460.00 |
| 1148 | 01/12 | 2,000.00 | 1153 | 01/16 | 1,288.74 | 1158 | 01/16 | 437.50 |
| 1149 | 01/09 | 1,332.00 | 1154 | 01/17 | 150.00 | 1160* | 01/11 | 176.58 |

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights.)*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6060.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



Page 3 of 8
January 31, 2018
EAGAN AVENATTI LLP
5792780313

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1161 | 01/10 | 358.39 | 1165 | 01/17 | 337.91 | 1169 | 01/24 | 498.50 |
| 1162 | 01/11 | 6,392.82 | 1166 | 01/23 | 630.00 | 1170 | 01/29 | 2,268.90 |
| 1163 | 01/12 | 959.25 | 1167 | 01/10 | 125.49 | 9999* | 01/03 | 3,000.00 |
| 1164 | 01/16 | 270.00 | 1168 | 01/12 | 269.52 | | | |

* Not in check sequence

A division of ZB, N.A. Member FDIC

**California Bank & Trust**

This page intentionally left blank

0042036-0000002-0114239

# California Bank & Trust

ACCOUNT # 5792780313



Ref# 53133982    $15000.00



Ref# 53077844    $15000.00



Ref# 53145578    $11718.75



Ref# 53079666    $14.14



Ref# 53011717    $111113.22



Ref# 53021615    $30000.00



Ref# 53059363    $49375.00



Ref# 53069780    $12475.54    Ch# 1138



Ref# 53100254    $12475.54    Ch# 1146



Ref# 53172324    $5364.07    Ch# 1147

# California Bank & Trust

ACCOUNT # 5792780313



**1148**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/8/2018

PAY TO THE ORDER OF  Ace Parking Management     $**2,000.00
Two Thousand and 00/100**                      DOLLARS

Ace Parking Management, Inc.
610 Newport Center Drive, Ste 50
Newport Beach, CA 92600

Ref# 53003655     $2000.00     Ch# 1148

**1149**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/8/2018

PAY TO THE ORDER OF  The Irvine Company     $**1,332.00
One Thousand Three Hundred Thirty-Two and 00/100**     DOLLARS

The Irvine Company
P O Box 841387
Los Angeles, CA 90084-1387

MEMO  6722.61  525221

Ref# 53091834     $1332.00     Ch# 1149



**1150**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/8/2018

PAY TO THE ORDER OF  The Irvine Company     $**51,931.00
Fifty-One Thousand Nine Hundred Thirty-One and 00/100**     DOLLARS

The Irvine Company
P O Box 844567
Los Angeles, CA 90084-1385

MEMO  672261

Ref# 53001956     $51931.00     Ch# 1150



**1151**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/8/2018

PAY TO THE ORDER OF  The Irvine Company     $**128.00
One Hundred Twenty-Eight and 00/100**     DOLLARS

The Irvine Company
P O Box 844567
Los Angeles, CA 90084-4567

MEMO  672261  525221

Ref# 53001953     $128.00     Ch# 1151

**1152**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  Natalia Bonilla     $**34.00
Thirty-Four and 00/100**     DOLLARS

Natalia Bonilla

Ref# 53061211     $34.00     Ch# 1152



**1153**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  Ahmed Ibrahim     $**1,288.74
One Thousand Two Hundred Eighty-Eight and 74/100**     DOLLARS

Ahmed Ibrahim

Ref# 53184090     $1288.74     Ch# 1153

**1154**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  Allied Universal Security Systems     $**150.00
One Hundred Fifty and 00/100**     DOLLARS

Allied Universal Security Systems
P.O. Box 732505
Dallas, TX 75373-2505

Ref# 53053716     $150.00     Ch# 1154





**1155**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  AT&T TELECONFERENCE SERVICES     $**45.29
Forty-Five and 29/100**     DOLLARS

AT&T
P.O. BOX 5002
CAROL STREAM, IL 60197-5002

Ref# 53123899     $45.29     Ch# 1155

**1156**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  Central Communications     $**159.00
One Hundred Fifty-Nine and 00/100**     DOLLARS

Central Communications
11830 Pierce Street, Ste 100
Riverside, CA 92505

MEMO  7120167410

Ref# 53107267     $159.00     Ch# 1156



**1157**
EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA 92660

CALIFORNIA BANK & TRUST
IRVINE OFFICE
IRVINE, CALIFORNIA 92614

1/10/2018

PAY TO THE ORDER OF  CrossPlans     $**460.00
Four Hundred Sixty and 00/100**     DOLLARS

CrossPlans
23041 Avenida de la Carlota
Suite 300
Laguna Hills, CA 92653

Ref# 53025830     $460.00     Ch# 1157

# California Bank & Trust

ACCOUNT # 5792780313



Ref# 53124359       $437.50       Ch# 1158



Ref# 53053706       $176.58       Ch# 1160



Ref# 53081547       $358.39       Ch# 1161



Ref# 53056901       $6392.82       Ch# 1162



Ref# 53005617       $959.25       Ch# 1163

Ref# 53137445       $270.00       Ch# 1164



Ref# 53070809       $337.91       Ch# 1165

Ref# 53052760       $630.00       Ch# 1166

Ref# 53058529       $125.49       Ch# 1167

Ref# 53053315       $269.52       Ch# 1168

# California Bank & Trust

ACCOUNT # 5792780313



| EAGAN AVENATTI LLP<br>DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB<br>520 NEWPORT CENTER DR STE 1400<br>NEWPORT BEACH, CA 92663 | | 1169 |
| --- | --- | --- |
| | CALIFORNIA BANK & TRUST<br>IRVINE OFFICE<br>IRVINE, CALIFORNIA 92614<br>16-33/1220 | 1/22/2018 |
| PAY TO THE ORDER OF  Rest Your Case Evidence Storage | | $ **498.50 |

Four Hundred Ninety-Eight and 50/100************************  DOLLARS

Rest Your Case Evidence Storage
6364 Irwindale Road
Irwindale, CA 91702

MEMO

⑈00001169⑈ ⑆122003396⑆ 5792780313⑈

Ref# 53073388     $498.50     Ch# 1169

| EAGAN AVENATTI LLP<br>DEBTOR-IN-POSSESSION CASE 8:17-BK-11961-CB<br>520 NEWPORT CENTER DR STE 1400<br>NEWPORT BEACH, CA 92663 | | 1170 |
| --- | --- | --- |
| | CALIFORNIA BANK & TRUST<br>IRVINE OFFICE<br>IRVINE, CALIFORNIA 92614<br>16-33/1220 | 1/23/2018 |
| PAY TO THE ORDER OF  D.O.S. LLC | | $ **2,268.90 |

Two Thousand Two Hundred Sixty-Eight and 90/100**************  DOLLARS

Developing Opportunities & Solutions LLC
611 South Main Street #400
Grapevine, TX 76051

MEMO                              3061

⑈00001170⑈ ⑆122003396⑆ 5792780313⑈

Ref# 53081995     $2268.90     Ch# 1170

| Eagan Avenatti Llp<br>ACCOUNT NO. 5792780313 | | |
| --- | --- | --- |
| | | DATE 1/3/18 |
| PAY TO THE ORDER OF  Cash | | $ 3,000.00 |

Three Thousand ⁴ ⁰⁰/100 _____  DOLLARS

CALIFORNIA BANK & TRUST

FOR Cashier's Check

⑆122003396⑆          9999

Ref# 53118885     $3000.00     Ch# 9999

0042036-0000004-0114241

CB TRUST
CALIFORNIA BANK
TRUST
P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: January 31, 2018
Last Statement: December 29, 2017

Account 5792780321

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0042037                4032-06-0000-CBT-PG0023-00023

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
PAYROLL ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780321 | -$9,362.66 | |

## BUSINESS ESSENTIALS CHECKING 5792780321                                                          104    25

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 39,559.11 | 47,000.00 | 2,911.03 | 93,010.74 | -9,362.66 |

### 1  DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 01/16 | 47,000.00 | ONLINE XFER |

### 3  CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 01/04 | 893.44 | JOHN HANCOCK ACH DEBIT 0077281 REF # 018003004773289  1108117020 |
| 01/12 | 210.05 | PAYCHEX EIB INVOICE X74573200000114REF # 018012000373658  1107935485 |
| 01/17 | 1,807.54 | JOHN HANCOCK ACH DEBIT 0077281 REF # 018016002274899  1108524281 |

### 25  CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 52572 | 01/02 | 767.36 | 52583 | 01/04 | 2,012.57 | 52592 | 01/16 | 7,542.45 |
| 52573 | 01/02 | 6,535.96 | 52585* | 01/16 | 1,091.29 | 52593 | 01/16 | 5,063.68 |
| 52575* | 01/03 | 2,024.00 | 52586 | 01/16 | 5,317.09 | 52594 | 01/16 | 1,464.18 |
| 52576 | 01/03 | 6,378.15 | 52587 | 01/16 | 2,378.96 | 52595 | 01/16 | 2,540.05 |
| 52578* | 01/03 | 2,188.63 | 52588 | 01/17 | 2,026.01 | 52596 | 01/16 | 1,679.41 |
| 52579 | 01/03 | 8,321.80 | 52589 | 01/16 | 5,778.61 | 52604* | 01/31 | 4,257.83 |
| 52580 | 01/02 | 5,611.35 | 52590 | 01/16 | 4,401.92 | 52606* | 01/31 | 7,931.95 |
| 52581 | 01/02 | 1,464.23 | 52591 | 01/16 | 2,189.31 | 52608* | 01/31 | 1,503.94 |
| 52582 | 01/02 | 2,540.01 | | | | | | |

*Not in check sequence*

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | | |
| | | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*          *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**

*Review account balances  *Review posted transactions  * Pay bills * Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0042037-0000001-0114242



P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  7
January 31, 2018
EAGAN AVENATTI LLP
5792780321

.

**California Bank & Trust**

This page intentionally left blank

0042037-0000002-0114243

# California Bank & Trust

ACCOUNT # 5792780321

This Statement:
January 31, 2018
Page 5 of 7



Ref# 53179749        $767.36        Ch# 52572



Ref# 53109444        $6535.96        Ch# 52573

Ref# 53061701        $2024.00        Ch# 52575



Ref# 53062946        $6378.15        Ch# 52576



Ref# 53005937        $2188.63        Ch# 52578

Ref# 53069707        $8321.80        Ch# 52579



Ref# 53019604        $5611.35        Ch# 52580

Ref# 53106142        $1464.23        Ch# 52581



Ref# 53008457        $2540.01        Ch# 52582

Ref# 53084698        $2012.57        Ch# 52583

California Bank & Trust    ACCOUNT # 5792780321



Ref# 53182069    $1091.29    Ch# 52585



Ref# 53122853    $5317.09    Ch# 52586



Ref# 53124064    $2378.96    Ch# 52587



Ref# 53008736    $2026.01    Ch# 52588



Ref# 53034643    $5778.61    Ch# 52589



Ref# 53022894    $4401.92    Ch# 52590



Ref# 53034600    $2189.31    Ch# 52591



Ref# 53157084    $7542.45    Ch# 52592

Ref# 53136984    $5063.68    Ch# 52593

Ref# 53136816    $1464.18    Ch# 52594

California Bank & Trust    ACCOUNT # 5792780321





Ref# 53022905    $2540.05    Ch# 52595

Ref# 53016103    $1679.41    Ch# 52596





Ref# 53052545    $4257.83    Ch# 52604

Ref# 53074209    $7931.95    Ch# 52606



Ref# 53056872    $1503.94    Ch# 52608

0042037-0000004-0114245



**CALIFORNIA BANK**
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 2
This Statement: January 31, 2018
Last Statement: December 29, 2017

Account 5792780339

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0042038            4032-06-0000-CBT-PG0023-00000

EAGAN AVENATTI LLP
DEBTOR-IN-POSSESSION CASE 8:17-
BK-11961-CB
TAX ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5792780339 | $6.80 | |

---

## BUSINESS ESSENTIALS CHECKING 5792780339                                                104   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 16.80 | 0.00 | 10.00 | 0.00 | 6.80 |

...................................................................................................................................

**0 DEPOSITS/CREDITS**

There were no transactions this period.

...................................................................................................................................

**2 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 01/31 | 3.00 | PAPER STATEMENT FEE |

...................................................................................................................................

**0 CHECKS PROCESSED**

There were no transactions this period.

## An Easy Approach To Balancing Your Account

Page 2 of 2

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-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.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**