# EXHIBIT "D"

**Gamliel, Amir (LOS)**

**From:** Jason Frank <jfrank@lawfss.com>
**Sent:** Friday, May 18, 2018 10:54 AM
**To:** Chenetz, Sara L. (LOS); Gamliel, Amir (LOS)
**Subject:** FW: EA JFL Settlement Agreement

R E D A C T E D

Thank you,

Jason Frank, Esq., Partner
FRANK SIMS & STOLPER LLP
19800 McArthur Blvd, Suite 855
Irvine, California 92612
(949) 201-2400 (Office Main)
(949) 201-2404 (Office Direct)
(310) 902-6000 (Cell)
jfrank@lawfss.com

**From:** Jason Frank
**Sent:** Monday, May 07, 2018 10:04 AM
**To:** Michael Avenatti <mavenatti@eaganavenatti.com>
**Cc:** Sara L. Chenetz <SChenetz@perkinscoie.com>; mhoroupian@sulmeyerlaw.com; ikharasch@pszjlaw.com; jregnier@eaganavenatti.com
**Subject:** EA JFL Settlement Agreement

Pursuant to Section 3.1.2 of the Settlement Agreement, the first settlement payment of Two Million Dollars ($2,000,000) is due on or before May 14, 2018. Please wire the funds to the following:

Jason Frank Law, PLC
    Account No.: REDACTED
    ABA Routing No. REDACTED
    Address: REDACTED

For international wires please use the following Swift Code: REDACTED

Please confirm receipt of this email and that the payment will be made on schedule.

Thank you,

Jason

Sent from my iPhone

# EXHIBIT

# "E"




May 15, 2018

**VIA U.S. Mail & Electronic Mail**

Michael Avenatti, Esq.
Michael Eagan, Esq.
Eagan Avenatti, LLP
520 Newport Center Drive, Ste. 1400
Newport Beach, CA 92660
mavenatti@eaganavenatti.com

Dear Messrs. Avenatti and Eagan,

Pursuant to the notice provisions of the Settlement Agreement approved by the Bankruptcy Court on March 15, 2018 (the "Settlement Agreement"), Jason Frank Law, PLC ("JFL") is hereby providing Notice of Default to Eagan Avenatti LLP, which also does business as Avenatti & Associates, APC ("EA"). Specifically, EA failed to pay the first settlement payment of $2,000,000.00, which was due on or before May 14, 2018 in accordance with Section 3.2.1 of the Settlement Agreement. Unless this default is cured within three (3) business days of May 14, 2018, JFL intends to exercise its remedy rights under the Settlement Agreement.

Sincerely,

Jason M. Frank, Esq.

CC: Eric George, Esq.
Sara Chenetz, Esq.
Mark Horoupian, Esq.
Richard Pachulski, Esq.
Ira Kharasch, Esq.

Exhibit E
Page 58

# EXHIBIT

## "F"




- +1 (949) 201-2400
- +1 (949) 201-2405
- www.lawfss.com
- Newport Gateway
  19800 MacArthur Boulevard
  Suite 855
  Irvine, CA 92612

May 15, 2018

<u>VIA U.S. Mail & Electronic Mail</u>

Michael Avenatti
520 Newport Center Drive, Ste. 1400
Newport Beach, CA 92660
mavenatti@eaganavenatti.com

Dear Mr. Avenatti,

As you are aware, your firm, Eagan Avenatti, LLP, which also does business under the name Avenatti & Associates, APC ("EA"), failed to make its first settlement payment of $2,000,000.00 to Jason Frank Law, PLC ("JFL"). This payment was due on or before May 14, 2018 in accordance with Section 3.2.1 of the Settlement Agreement.

Pursuant to the Settlement Agreement and Guarantee Agreement, you agreed to personally guarantee the prompt payment of EA's settlement payments in your individual capacity. Specifically, pursuant to Paragraph 1 of your Guaranty Agreement, you agreed to personally, unconditionally and irrevocably guarantee that "if EA shall fail to pay one or both of the Settlement Payments when they are due under Section of 3.2 of the Agreement, [you as the] Guarantor shall promptly pay such unpaid portion of the Settlement Payments, without demand or notice."

Accordingly, we are writing to request that you immediately pay JFL the sum of $2,000,000.00 by the close of business today. You were previously provided with the wire instructions via electronic mail on May 7, 2018. If JFL does not immediately receive these funds today, it intends to exercise its remedy rights under the Settlement Agreement and Guarantee Agreement.

Sincerely,

Jason M. Frank, Esq.

CC: Eric George, Esq.
Sara Chenetz, Esq.
Mark Horoupian, Esq.
Richard Pachulski, Esq.
Ira Kharasch, Esq.