1  Sara L. Chenetz, State Bar No. 206936
   SChenetz@perkinscoie.com
2  Amir Gamliel, State Bar No. 268121
   AGamliel@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Jason Frank Law, PLC

7                 UNITED STATES BANKRUPTCY COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                         SANTA ANA DIVISION

| In re | CASE NO.  8:17-bk-11961-CB |
|---|---|
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | **DECLARATION OF EMAIL NOTICE OF HEARING ON MOTION FOR ENTRY OF JUDGMENT AGAINST EAGAN AVENATTI, LLP AND IN FAVOR OF JASON FRANK LAW, PLC** |
| | Hearing Date:  May 22, 2018<br>Time:  10:00 a.m.<br>Courtroom:  5D<br>Location:  411 W. Fourth Street<br>Santa Ana, CA 92701 |
| | Honorable Catherine E. Bauer |

139958874.2                     -1-          DECL. OF EMAIL NOTICE OF HEARING
                                              ON MOTION FOR ENTRY OF JUDGMENT

I, Melanie Duncan, declare as follows:

1. I am over the age of 18 and not a party to this bankruptcy case. I am an employee at Perkins Coie LLP, counsel for Jason Frank Law, PLC ("JFL"). My business address is: 1888 Century Park East, Suite 1700, Los Angeles, CA 90067. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2. I make this declaration regarding the email notice I provided on the *Hearing on Motion for Entry of Judgment Against Eagan Avenatti, LLP and in Favor of Jason Frank Law, PLC; Notice of Motion and Motion for Entry of Judgment Against Eagan Avenatti, LLP and in Favor of Jason Frank Law, PLC; Memorandum of Points and Authorities and Declaration of Jason M. Frank in Support Thereof*.

3. On May 21, 2018 at 2:44 p.m. Pacific Time, I sent the email attached hereto as Exhibit 1 and the following attachments:

(A) *Notice of Hearing on Motion for Entry of Judgment Against Eagan Avenatti, LLP and in Favor of Jason Frank Law, PLC* (Doc. No. 440);

(B) *Notice of Motion and Motion for Entry of Judgment Against Eagan Avenatti, LLP and in Favor of Jason Frank Law, PLC; Memorandum of Points and Authorities and Declaration of Jason M. Frank in Support Thereof (*Doc. No. 343); and

(C) *Order Granting Application and Setting Hearing on Shortened Notice* (Doc. No. 438); to the parties listed on Exhibit 2 hereto.

3. I included an email address I believed to be a valid email address for Michael Eagan as part of my 2:44 email. It later bounced back. Expecting there may have been a clerical error in the address, I then sent another email to mqe@lomqe.com, with the same message and attachments on May 21, 2018 at 4:39 p.m. Pacific Time. Shortly before sending the documents to mqe@lomqe.com, I called the offices of Eagan Avenatti, LLP, spoke to Judy, who told me that Mr. Eagan uses the following email address: meagan@eaganaventti.com. Accordingly, I also sent an email to that address on May 21, 2018, at 4:27 p.m. Pacific Time with the same message and attachments. These emails are collectively attached as Exhibit 3.

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 21st day of May, 2018 at Los Angeles, California.

_____
Melanie Duncan

# EXHIBIT 1

## Duncan, Melanie L. (LOS)

| | |
|---|---|
| **From:** | Duncan, Melanie L. (LOS) |
| **Sent:** | Monday, May 21, 2018 2:44 PM |
| **To:** | 'mavenatti@eaganavenatti.com'; 'mqe@lowmqe.com'; 'mhoroupian@sulmeyerlaw.com'; 'lkharasch@pszjlaw.com'; 'rsaunders@pszjlaw.com'; 'rpachulski@pszjlaw.com'; 'najah.shariff@usdoj.gov'; 'Michael.Hauser@usdoj.gov'; 'peter.bowie@dinsmore.com'; 'christopher.celentino@dinsmore.com' |
| **Cc:** | Chenetz, Sara L. (LOS); Gamliel, Amir (LOS) |
| **Subject:** | In re Eagan Avenatti - Hearing on Motion for Entry of Judgment |
| **Attachments:** | 2018-05-18 [Doc. 436] Motion for Entry of Judgment Against E. Avenatti; Declaration of J. M. Frank ISO Thereof [Exhs. A - F].pdf; 2018-05-21 Order Granting Application and Setting Hearing on Shortened Notice.pdf; 2018-05-21 Notice of Hearing on Motion for Entry of Judgment .pdf |

Please be advised that Judge Bauer of the United States Bankruptcy Court for the Central District of California in the case of *Eagan Avenatti, LLP*, Case No. 8:17-11961-CB, has scheduled a hearing tomorrow, May 22, 2018 at 10 am, to be held at the United States Courthouse, 411 West Fourth Street, Santa Ana, California, Courtroom 5D, on the Motion for Entry of Judgment Against Eagan Avenatti LLP and in Favor of Jason Frank Law, PLC, filed by Jason Frank Law, PLC. Copies of the motion and supporting pleadings, order scheduling the hearing, and notice of the hearing are attached. Any opposition to the motion may be made orally at the hearing.

**Melanie Duncan | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT TO
Sara L. Chenetz | Oliver M. Gold | Alisha C. Burgin
D. +1.310.788.3240
E. MDuncan@perkinscoie.com

# EXHIBIT 2

# EXHIBIT 2

## SERVICE VIA EMAIL LIST

- Michael Avenatti, Eagan Avenatti, Avenatti & Associates
  mavenatti@eaganavenatti.com

- Michael Eagan
  mqe@lowmqe.com

- Mark Horoupian, SulmeyerKupetz LLP, counsel for Michael Avenatti and Avenatti & Associates
  mhoroupian@sulmeyerlaw.com

- Ira Kharasch, Pachulski Stang Ziehl Jones LLP, counsel for Eagan Avenatti LLP
  Ikharasch@pszjlaw.com

- Robert Saunders
  rsaunders@pszjlaw.com

- Richard Pachulski
  rpachulski@pszjlaw.com

- Najah J. Shariff, United States Attorney's Office, counsel for Internal Revenue Service
  najah.shariff@usdoj.gov

- Michael Hauser, counsel for the Office of the United States Trustee
  Michael.Hauser@usdoj.gov

- Peter Bowie and Chris Celentino, Dinsmore Shohl, counsel for the Official Committee of Unsecured Creditors
  peter.bowie@dinsmore.com
  christopher.celentino@dinsmore.com

Exhibit 2
Page 5

# EXHIBIT 3

## Duncan, Melanie L. (LOS)

**From:** Duncan, Melanie L. (LOS)
**Sent:** Monday, May 21, 2018 4:39 PM
**To:** 'mqe@Lomqe.com'
**Subject:** FW: In re Eagan Avenatti - Hearing on Motion for Entry of Judgment
**Attachments:** 2018-05-18 [Doc. 436] Motion for Entry of Judgment Against E. Avenatti; Declaration of J. M. Frank ISO Thereof [Exhs. A - F].pdf; 2018-05-21 Order Granting Application and Setting Hearing on Shortened Notice.pdf; 2018-05-21 Notice of Hearing on Motion for Entry of Judgment .pdf

Mr. Eagan: Initial email for you was incorrect. Please see below and documents attached re hearing on Motion for Entry of Judgment being held tomorrow morning at 10:00 a.m.

**Melanie Duncan | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
Sara L. Chenetz | Oliver M. Gold | Alisha C. Burgin
D. +1.310.788.3240

**From:** Duncan, Melanie L. (LOS)
**Sent:** Monday, May 21, 2018 2:44 PM
**To:** 'mavenatti@eaganavenatti.com' <mavenatti@eaganavenatti.com>; 'mqe@lowmqe.com' <mqe@lowmqe.com>; 'mhoroupian@sulmeyerlaw.com' <mhoroupian@sulmeyerlaw.com>; 'lkharasch@pszjlaw.com' <lkharasch@pszjlaw.com>; 'rsaunders@pszjlaw.com' <rsaunders@pszjlaw.com>; 'rpachulski@pszjlaw.com' <rpachulski@pszjlaw.com>; 'najah.shariff@usdoj.gov' <najah.shariff@usdoj.gov>; 'Michael.Hauser@usdoj.gov' <Michael.Hauser@usdoj.gov>; 'peter.bowie@dinsmore.com' <peter.bowie@dinsmore.com>; 'christopher.celentino@dinsmore.com' <christopher.celentino@dinsmore.com>
**Cc:** Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>; Gamliel, Amir (LOS) <AGamliel@perkinscoie.com>
**Subject:** In re Eagan Avenatti - Hearing on Motion for Entry of Judgment

Please be advised that Judge Bauer of the United States Bankruptcy Court for the Central District of California in the case of *Eagan Avenatti, LLP*, Case No. 8:17-11961-CB, has scheduled a hearing tomorrow, May 22, 2018 at 10 am, to be held at the United States Courthouse, 411 West Fourth Street, Santa Ana, California, Courtroom 5D, on the Motion for Entry of Judgment Against Eagan Avenatti LLP and in Favor of Jason Frank Law, PLC, filed by Jason Frank Law, PLC. Copies of the motion and supporting pleadings, order scheduling the hearing, and notice of the hearing are attached. Any opposition to the motion may be made orally at the hearing.

**Melanie Duncan | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT TO
Sara L. Chenetz | Oliver M. Gold | Alisha C. Burgin
D. +1.310.788.3240
E. MDuncan@perkinscoie.com

## Duncan, Melanie L. (LOS)

| | |
|---|---|
| **From:** | Duncan, Melanie L. (LOS) |
| **Sent:** | Monday, May 21, 2018 4:27 PM |
| **To:** | 'meagan@eganavenatti.com' |
| **Cc:** | Chenetz, Sara L. (LOS) |
| **Subject:** | FW: In re Eagan Avenatti - Hearing on Motion for Entry of Judgment |
| **Attachments:** | 2018-05-18 [Doc. 436] Motion for Entry of Judgment Against E. Avenatti; Declaration of J. M. Frank ISO Thereof [Exhs. A - F].pdf; 2018-05-21 Order Granting Application and Setting Hearing on Shortened Notice.pdf; 2018-05-21 Notice of Hearing on Motion for Entry of Judgment .pdf |

Mr. Eagan: Initial email for you was incorrect. Please see below and documents attached re hearing on Motion for Entry of Judgment being held tomorrow morning at 10:00 a.m.

**Melanie Duncan | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
Sara L. Chenetz | Oliver M. Gold | Alisha C. Burgin
D. +1.310.788.3240

**From:** Duncan, Melanie L. (LOS)
**Sent:** Monday, May 21, 2018 2:44 PM
**To:** 'mavenatti@eaganavenatti.com' <mavenatti@eaganavenatti.com>; 'mqe@lowmqe.com' <mqe@lowmqe.com>; 'mhoroupian@sulmeyerlaw.com' <mhoroupian@sulmeyerlaw.com>; 'lkharasch@pszjlaw.com' <lkharasch@pszjlaw.com>; 'rsaunders@pszjlaw.com' <rsaunders@pszjlaw.com>; 'rpachulski@pszjlaw.com' <rpachulski@pszjlaw.com>; 'najah.shariff@usdoj.gov' <najah.shariff@usdoj.gov>; 'Michael.Hauser@usdoj.gov' <Michael.Hauser@usdoj.gov>; 'peter.bowie@dinsmore.com' <peter.bowie@dinsmore.com>; 'christopher.celentino@dinsmore.com' <christopher.celentino@dinsmore.com>
**Cc:** Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>; Gamliel, Amir (LOS) <AGamliel@perkinscoie.com>
**Subject:** In re Eagan Avenatti - Hearing on Motion for Entry of Judgment

Please be advised that Judge Bauer of the United States Bankruptcy Court for the Central District of California in the case of *Eagan Avenatti, LLP*, Case No. 8:17-11961-CB, has scheduled a hearing tomorrow, May 22, 2018 at 10 am, to be held at the United States Courthouse, 411 West Fourth Street, Santa Ana, California, Courtroom 5D, on the Motion for Entry of Judgment Against Eagan Avenatti LLP and in Favor of Jason Frank Law, PLC, filed by Jason Frank Law, PLC. Copies of the motion and supporting pleadings, order scheduling the hearing, and notice of the hearing are attached. Any opposition to the motion may be made orally at the hearing.

**Melanie Duncan | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT TO
Sara L. Chenetz | Oliver M. Gold | Alisha C. Burgin
D. +1.310.788.3240
E. MDuncan@perkinscoie.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, CA 90067

On May 21, 2018, I served a true and correct copy of the foregoing document(s) described as

**DECLARATION OF EMAIL NOTICE OF HEARING ON MOTION FOR ENTRY OF JUDGMENT AGAINST EAGAN AVENATTI, LLP AND IN FAVOR OF JASON FRANK LAW, PLC**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 21, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL AND FEDERAL EXPRESS** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 21, 2017 | Melanie Duncan | /s/ Melanie Duncan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-8-

136205767.2

**ATTACHED SERVICE LIST**

<u>VIA ECF</u>

- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com
- Fahim Farivar ….ffarivar@bakerlaw.com, amcdow@bakerlaw.com, mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com; mhoroupian@ecf.inforuptcy.com; dperez@sulmeyerlaw.co; ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com; Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com
- R Gibson Pagter, Jr.    gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

136205767.2