| | |
|---|---|
| 1 | Sara L. Chenetz, State Bar No. 206936 |
| | SChenetz@perkinscoie.com |
| 2 | Amir Gamliel, State Bar No. 268121 |
| | AGamliel@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park East, Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |

Attorneys for Jason Frank Law, PLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO.  8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | **AMENDED PROOF OF SERVICE RE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE; MOTION FOR ENTRY OF JUDGMENT AGAINST EAGAN AVENATTI, LLP AND IN FAVOR OF JASON FRANK LAW, PLC; AND SUPPORTING DOCUMENTS** |
| | Hearing Date: May 22, 2018 |
| | Time: 10:00 a.m. |
| | Courtroom: 5D |
| | Location: 411 W. Fourth Street |
| | Santa Ana, CA 92701 |
| | Honorable Catherine E. Bauer |

139945301.1

-1-        AMENDED PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, CA 90067

On May 18, 2018, I served a true and correct copy of the foregoing document(s) described as

**1. APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE; DECLARATION OF JASON M. FRANK;**

**2. NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT AGAINST EAGAN AVENATTI, LLP AND IN FAVOR OF JASON FRANK LAW, PLC; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JASON M. FRANK IN SUPPORT THEREOF; and**

**3. [PROPOSED] ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 18, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL AND FEDERAL EXPRESS** (indicate method for each person or entity served)**:** On May 18, 2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 21, 2017 | Melanie Duncan | /s/ Melanie Duncan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ATTACHED SERVICE LIST**

<u>VIA ECF</u>

- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com
- Fahim Farivar ….ffarivar@bakerlaw.com, amcdow@bakerlaw.com, mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com; mhoroupian@ecf.inforuptcy.com; dperez@sulmeyerlaw.co; ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com; Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com
- R Gibson Pagter, Jr.    gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

<u>VIA FEDERAL EXPRESS</u>

**Debtor:**
Eagan Avenatti LLP
520 Newport Center Drive, #1400
Newport Beach, CA  92660

Richard M. Pachlski, Esq.
Ira D. Kharasch, Esq.
Robert M. Saunders, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910 | Fax: (310) 201-0760
Email: rpachulski@pszjlaw.com
       ikharasch@pzjlaw.com
       rsaunders@pszjlaw.com
*Attorneys for Debtor and Debtor in Possession*

| | |
|---|---|
| 1 | Mark S. Horoupian, Esq.<br>SulmeyerKupetz |
| 2 | 333 S. Hope Street, 35th Floor<br>Los Angeles, CA 90071 |
| 3 | Tel: (213) 626-2311 | Fax: (213) 629-4520<br>Email: mhoroupian@sulmeyerlaw.com |
| 4 | *Attorneys for Michael Avenatti* |
| 5 | U. S. Trustee<br>United States Trustee (SA) |
| 6 | 411 W. Fourth Street, Suite 7160<br>Santa Ana, CA 92701 |
| 7 | Tel: (714) 338-3400 |
| 8 | Michael J. Hauser<br>United States Trustee (SA) |
| 9 | 411 W. Fourth Street, Suite 7160<br>Santa Ana, CA 92701 |
| 10 | Tel: (714) 338-3421<br>Email: Michael.hauser@usdoj.gov |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

136205767.2