1   Sara L. Chenetz, SBN 206936
    SChenetz@perkinscoie.com
2   Amir Gamliel, SBN 268121
    AGamliel@perkinscoie.com
3   Perkins Coie LLP
    1888 Century Park East, Suite 1700
4   Los Angeles, CA  90067-1721
    Tel:  310-788-9900
5   Fax: 310-788-3399

6   Attorneys for Jason Frank Law, PLC

**FILED & ENTERED**

**MAY 22 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

7

**CHANGES MADE BY COURT**

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                  Case No.  8:17-bk-11961-CB

12  EAGAN AVENATTI, LLP,                    Chapter 11

13                   Debtor.               **ORDER GRANTING MOTION FOR
                                           ENTRY OF FINAL JUDGMENT AGAINST
14                                         EAGAN AVENATTI, LLP AND IN FAVOR
                                           OF JASON FRANK LAW, PLC, IN THE
15                                         AMOUNT OF TEN MILLION DOLLARS
                                           AND NO CENTS**

16
                                           Date:            May 22, 2018
17                                         Time:            10:00 a.m.
                                           Courtroom:       5D
18                                         Address:         411 W. Fourth Street
                                                            Santa Ana, CA 92701
19

20

21          A hearing was held on May 22, 2018, at 10:00 a.m., before the Honorable Catherine E. Bauer,

22  United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411

23  West Fourth St., Santa Ana, CA, on Jason Frank Law, PLC's Motion for Entry of Judgment Against

24  Eagan Avenatti, LLP and in Favor of Jason Frank Law, PLC filed May 18, 2018 as Docket #436

25  ("Motion").  Appearances were made as noted on the record.

26          //

27          //

28          //

-1-

The Court having read and considered the Motion and related pleadings, heard the statements of counsel, noted the lack of opposition and with good cause shown,

IT IS ORDERED:

1.        The Motion is granted.

2.        A judgment will be issued and entered in the amount of TEN MILLION DOLLARS AND NO CENTS on behalf of Jason Frank Law, PLC, and against Eagan Avenatti, LLP.

###

Date: May 22, 2018

Catherine Bauer
United States Bankruptcy Judge