# Exhibit A

|     | Case Name | Court | Case Number |
| --- | --- | --- | --- |
| 1.  | Alvarez v. Campbell/ City of Los Angeles | LASC – Santa Monica | BC537145 |
| 2.  | Bahamas Surgery Center v. Kimberly Clark Corporation | USDC – Central California | 14-CV03390 DMG |
| 3.  | Biloxi Freezing v. Mississippi Power Company | Circuit Court Harrison County Mississippi | A2401-16-77 |
| 4.  | Burton v. Carrey | LASC | BC634315 |
| 5.  | Croxton v. Myla | OCSC | 30-2017-00907481 |
| 6.  | Engel v. Marina Del Rey Hospital | LASC | BC638697 |
| 7.  | Greco v. NFL | USDC – Northern Texas | 3:13-cv-1005-M |
| 8.  | Hansen v. Goodman | LASC | BC637521 |
| 9.  | Heritage v. DFG Group, LLC | Florida Fourth District Court of Appeal | 4D16-2972 |
| 10. | Herrick v. National Football League | USDC – Northern Ohio | 5:17-cv-472 |
| 11. | Kirschner v. Service Corporation | LASC | BC491632 |
| 12. | Knaggs v. Yahoo | USDC – Northern California | 15-mc-80281 |
| 13. | Koss v. Park Bank | Wisconsin Court of Appeals | 2016AP636 |
| 14. | Loftin v. QA Investments | Superior Court of Wake County North Carolina | 03-CVS-16882 |
| 15. | Medline v. Kimberly Clark | USDC – Northern Georgia | 1:17-cv-02032 |
| 16. | Meridian v. Kooshian | USCA Ninth Circuit | 15-35465 |
| 17. | Naeyaert v. Kimberly Clark | USDC Central California | 5:17-cv-00950 |
| 18. | Parrish v. Latham Watkins | Supreme Court of California | S228277 |
| 19. | Racine v. Selekt Media | LASC | BC693922 |
| 20. | Saud v. Saxton | LASC | BC476972 |
| 21. | Shahinian v. Kimberly Clark (Qui Tam) | USDC – Central California | 2:14-cv-08313 JAK |
| 22. | Silva v. Minsky (Children's Dental Group Cases) | LASC | BS167372 |
| 23. | Sweetman v. Carrey | LASC | BC636760 |
| 24. | Alhadeff v. Superior Court Los Angeles County | California – Court of Appeals | B281503 |
| 25. | Alhadeff v. Superior Court of Los Angeles | California – Court of Appeals | B283048 |
| 26. | Alpha GRP, Inc. v. Subaru of America, Inc. | USDC – Central California | 2:18-cv-02133 MWF |
| 27. | Barela v. Brock USA, LLC | USDC – Central California | 8:15-cv-00779 |
| 28. | Browndorf v. Salveson | USDC – Central California | 8:16-cv-00181 |

| 29. | Chicago Title of Nevada, Inc. v. Colombo | USDC – Nevada | 2:16-cv-02293 |
| 30. | City of Los Angeles v. S.C. (Alvarez) | California Supreme Court | S245632 |
| 31. | City of Los Angeles v. S.C.L.A. | California – Court of Appeals | B280429 |
| 32. | Clifford v. Davidson | LASC – Santa Monica | SC129384 |
| 33. | Clifford v. Trump | USDC – Central California | 2:18-cv-02217 SJO |
| 34. | DCM-P1 LLC v. Rushmore Loan Management Services, LLC | LASC | BC677324 |
| 35. | Feldblumb v. Minsky | OCSC | 30-2018-00984383-CU-MT-CXC |
| 36. | Hallier v. Naccarato | California – Court of Appeal | B286312 |
| 37. | Ibe v. Jones | U.S. Court of Appeals – 5th Circuit | 15-10242 |
| 38. | Ibe v. National Football League | USDC – North Texas | 3:11-CV-248-M |
| 39. | In Re Khalil | USDC – Central California | 2:16-cv-05972 |
| 40. | In the Matter of Search Warrants Executed on April 9, 2018 | USDC – Southern New York | 1:18-mj-03161 KMW |
| 41. | Kaplan v. Porsche Financial Services | USDC – Central California | 2:17-cv-03405 AB |
| 42. | Martinez v. Pawlik | LASC | BC681379 |
| 43. | Newman v. Malvin | OCSC | 30-2017-00949469-CU-PA-CJC |
| 44. | Pritzker v. Miller | LASC | BC658205 |
| 45. | Ramirez v. City of Pasadena | LASC | BC644094 |
| 46. | Ramirez v. City of Pasadena | LASC | BC664114 |
| 47. | Shaver v. Cohen, M.D. | OCSC | 30-2017-00920858-CU-MM-CJC |
| 48. | The Estate of Jim D. Engel v. Marina del Rey Hospital | LASC | BC638697 |
| 49. | The Estate of Kathryn Mary Mar v. Beverly Hills Medica | LASC | BC698508 |
| 50. | USA v. Kimberly-Clark Corporation | USDC – Central California | 2:14-cv-08313 JAK |
| 51. | USA v. Hendrix | USDC – Central California | 2:17-mj-02813 |
| 52. | USA v. Martinez | USDC – South California | 3:16-CR-02116 |
| 53. | USA v. Schanck | USDC – Western Pennsylvania | 2:17-cr-00303 DSC |
| 54. | Young Blue, LLC v. Herron | LASC | BC693618 |