1  Raines Feldman LLP
   Hamid R. Rafatjoo, SBN 181564
2  Miles J. Feldman, SBN 173383
   1800 Avenue of the Stars, 12th Floor
3  Los Angeles, CA  90067
   Tel: 310-440-4100
4  Fax: 310-691-1367
   hrafatjoo@raineslaw.com
5  mfeldman@raineslaw.com

6  Attorneys for Debtor
   Eagan Avenatti, LLP

**FILED & ENTERED**

**JUN 27 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEBTOR TO RESPOND TO JASON FRANK LAW, PLC'S AMENDED MOTION FOR ENTRY OF ASSIGNMENT AND RESTRAINING ORDER** |
| | Date:         July 11, 2018 |
| | Time:        10:00 a.m. |
| | Courtroom: 5D |
| | Address:    411 West Fourth Street |
| |                     Santa Ana, CA 92701-4593 |

1

The Court having read and considered the Stipulation Extending the Deadline for Debtor to Respond to Jason Frank Law, PLC's ("JFL") Amended Motion for Entry of Assignment and Restraining Order filed June 26, 2018 as Docket #482 (the "Stipulation") and with good cause shown,

IT IS ORDERED:

1. The Stipulation is APPROVED.

2. The deadline for the Debtor to file a response to the Motion is extended from June 27, 2018 to July 2, 2018 at 12:00 p.m. PT.

3. A copy of the Debtor's response shall be delivered to counsel for JFL by email and hand delivery AND A JUDGE COPY TO CHAMBERS no later than July 2, 2018 at 12:00 p.m. PT.

4. JFL shall file its Reply no later than July 6, 2018.

###

Date: June 27, 2018

Catherine Bauer
United States Bankruptcy Judge