Sara L. Chenetz, State Bar No. 206936
SChenetz@perkinscoie.com
Amir Gamliel, State Bar No. 268121
AGamliel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Jason Frank Law, PLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No.  8:17-bk-11961-CB<br><br>**SUBMISSION OF UNPUBLISHED JUDICIAL DISPOSITIONS AS CITED IN REPLY IN SUPPORT OF AMENDED MOTION FOR ENTRY OF ASSIGNMENT AND RESTRAINING ORDER**<br><br>**[Local Bankruptcy Rule 9013-2(b)(4)]**<br><br>**[Relates to Docket No. 491]**<br><br>Date:  July 11, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom 5D<br>         411 West Fourth Street<br>         Santa Ana, CA 92701-4593<br><br>JUDGE:  HON. CATHERINE E. BAUER |

In support of Jason Frank Law, PLC's Reply in Support of its Motion for Entry of Assignment and Restraining Order filed concurrently herewith [Docket No. 491] (the "Reply"), Jason Frank Law, PLC hereby submits copies of the following unpublished judicial dispositions cited in support of the Reply, pursuant to Local Bankruptcy Rule 9013-2(b)(4):

1. *Choice Hotels Int'l, Inc. v. Singh,*
    No. 2:15-mc-144-GEB-EFB, 2017 WL 3773774 (E.D. Cal. Aug 31, 2017)

140516905.1

2.  *Erickson v. Sympathy for the Record Industry ex rel. Mermis*,
     No. C10-00636 HRL, 2011 WL 1211533 (N.D. Cal. March 30, 2011).

3.  *Global Money Mgmt. v. McDonnold*,
     No. 06cv34 BTM, 2009 WL 3352574, (S.D. Cal. Oct. 15, 2009)

4.  *In re Heller Ehrman LLP*,
     No. 08-32514DM, 2011 WL 1539796 (N.D. Cal. April 22, 2011)

5.  *Innovation Ventures, LLC v. N2G Distrib., Inc.*,
     No. SACV 12-717 ABC, 2014 WL 10384606 (C.D. Cal. May 1, 2014)

6.  *Legal Additions LLC v. Kowalksi*,
     No. C-08-2754 EMC, 2011 WL 3156724 (N.D. Cal. July 26, 2011)

7.  *Lopez v. Musinorte Entm't Corp.*,
     No. CV 11-01442 AMH, 2011 WL 2471927 (C.D. Cal. June 21, 2011)

8.  *Nat'l Grange of Order of Patrons of Husbandry v. Cal. Guild*,
     No. 2:14-676 WBS DB, 2017 WL 953792 (E.D. Cal. March 9, 2017)

9.  *Sleepy Hollow, Inv. Co., No.2, v. Prototek, Inc.*,
     No. C 03-4792 MMC, 2006 WL 279349 (N.D. Cal. Feb. 3, 2006)

10. *Smaato, Inc. v. Mobilewalla, Inc.*,
     No. 16-cv-05162-JSC, 2017 WL 7243373 (N.D. Cal. April 12, 2017)

11. *Telecom Asset Mgmt., LLC v. FiberLight, LLC*,
     No. 14-cv-00728-SI, 2016 WL 7188008 (N.D. Cal. Dec. 12, 2016)

12. *UMB Recordings, Inc. v. BCD Music Group, Inc.*,
     No. CV 07-05808 SJO, 2009 WL 2213678 (C.D. Cal. July 9, 2009)


Dated:  July 6, 2018                                    PERKINS COIE LLP


                                                        By: /s/ Sara L. Chenetz
                                                            Sara L. Chenetz

                                                        Attorneys for Jason Frank Law, PLC

2

140516905.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document(s) described as

**SUBMISSION OF UNPUBLISHED JUDICIAL DISPOSITIONS AS CITED IN REPLY IN SUPPORT OF AMENDED MOTION FOR ENTRY OF ASSIGNMENT AND RESTRAINING ORDER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL AND FEDERAL EXPRESS** (indicate method for each person or entity served)**:**
On July 6, 2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2018 | Jenna DeRosier | /s/ Jenna DeRosier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

140517883.1

# ATTACHED SERVICE LIST

**VIA ECF**

- Michael Avenatti   mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow   mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie   peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino   chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Sara Chenetz   schenetz@perkinscoie.com, dlax@perkinscoie.com
- Fahim Farivar ….ffarivar@bakerlaw.com, amcdow@bakerlaw.com, mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Amir Gamliel   agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
- David B Golubchik   dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser   michael.hauser@usdoj.gov
- Mark S Horoupian   mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com; mhoroupian@ecf.inforuptcy.com; dperez@sulmeyerlaw.co; ppenn@ecf.inforuptcy.com
- James KT Hunter   jhunter@pszjlaw.com
- Sheri Kanesaka   sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow   amcdow@foley.com, Khernandez@foley.com; Ffarivar@foley.com
- Malhar S Pagay   mpagay@pszjlaw.com
- R Gibson Pagter, Jr.   gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson   misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Robert M Saunders   rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Najah J Shariff   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein   dstein@wilentz.com
- Michael K Symons   mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

**Via Overnight Mail**

Michael Q. Eagan, Esq.
1 Embarcadero Center, Suite 3810
San Francisco, CA 94111-3726

Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

140517883.1