| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**RAINES FELDMAN LLP**<br>Miles J. Feldman (State Bar No. 173383)<br>Robert M. Shore (State Bar No. 166018)<br>Hamid R. Rafatjoo (State Bar No. 181564)<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Telephone: 310.440.4100<br>Facsimile:  310.691.1367<br>E-mail:      mfeldman@raineslaw.com<br>                  rshore@raineslaw.com<br>                  hrafatjoo@raineslaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Eagan Avenatti, LLP | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>EAGAN AVENATTI, LLP<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:17-bk-11961-CB |
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Stipulation Extending Deadline for Eagan Avenatti, LLP to Respond to the United States' Motion to Enforce Order and Find Debtor in Contempt, or, in the Alternative, to Vacate Dismissal Order and Reinstate the Chapter 11 Case |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR EAGAN AVENATTI, LLP TO RESPOND TO THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE</u> was lodged on (*date*) <u>July 11, 2018</u> and is attached.  This order relates to the motion which is docket number <u>495</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

**RAINES FELDMAN LLP**
Miles J. Feldman (State Bar No. 173383)
Robert M. Shore (State Bar No. 166018)
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail:    mfeldman@raineslaw.com
           rshore@raineslaw.com
           hrafatjoo@raineslaw.com

Attorneys for Former Debtor
Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:17-bk-11961-CB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR EAGAN AVENATTI, LLP TO RESPOND TO THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE**<br><br>Date:    July 25, 2018<br>Time:    10:00 a.m.<br>Place:   Courtroom 5D<br>         411 West Fourth Street<br>         Santa Ana, CA 92701-4593<br><br>Judge: The Hon. Catherine E. Bauer |

The Court having read and considered the Stipulation Extending the Deadline for Eagan Avenatti, LLP to Respond to the United States' Motion to Enforce Order and Find Debtor in Contempt; or, in the Alternative, to Vacate Dismissal Order and Reinstate the Chapter 11 Case filed on July 11, 2018 as Docket No. 495 (the "Stipulation") and with good cause shown,

IT IS ORDERED:

1. The Stipulation is APPROVED.

2. The deadline for the Former Debtor to file a response to the Motion is extended from July 11, 2018 to July 13, 2018.

3. The United States shall file its Reply no later than July 20, 2018.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 11, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 2                                **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 11, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/11/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.