

**FILED & ENTERED**

JUL 11 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>               Debtor. | Case No. 8:17-bk-11961-CB<br><br>Chapter 11<br><br>ORDER GRANTING IN PART AND DENYING IN PART AMENDED MOTION FOR ASSIGNMENT AND RESTRAINING ORDER<br><br>Date:    July 11, 2018<br>Time:   10:00 a.m.<br>Place:   Courtroom 5D<br>Address: 411 W. 4th St, Santa Ana, CA 92701 |

     A hearing was held on July 11, 2018, at 10:00 a.m. before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on the Amended Motion for Entry of Assignment and Restraining Order filed on June 20, 2018 as docket #470 by Jason Frank Law, PLC ("Motion").  Appearances were made as noted on the record.

     Having reviewed the pleadings and heard the discussion on the record and with good cause shown,

     IT IS ORDERED:

1. The Motion is granted in part and denied in part.

2. The Motion is granted as follows:

Eagan Avenatti, LLP ("Debtor") is hereby restrained from assigning, encumbering or in any way transferring any proceeds, attorney's fees, costs, rights to payments and accounts receivable it is or may be entitled to receive from the lawsuits and clients listed on Exhibit A to the Frank Declaration attached to the Motion (the "Cases"), as well as any rent payments from Debtor's tenants.

Debtor shall file with the Court and serve on Jason Frank Law, PLC, the Internal Revenue Service, the Official Committee of Creditors, and their respective counsel, a notice of any hearing or proceeding regarding attorney's fees in any of the Cases (regardless of whether Debtor is designated as a possible payee). Notice shall be filed and served at least 14 days prior to the date of the hearing or proceeding.

Debtor shall also file with the Court and serve on Jason Frank Law, PLC, the Internal Revenue Service, the Official Committee of Creditors, and their respective counsel, a notice of receipt of any monies in relation to the Cases, regardless of whether the payment is made to Debtor, Avenatti & Associates, Michael Avenatti, or Michael Eagan, or any entity controlled by Debtor, Avenatti & Associates, Michael Avenatti, or Michael Eagan.

3. To the extent the Motion is not granted in Paragraph 2, it is denied without prejudice.

###

Date: July 11, 2018

Catherine Bauer
United States Bankruptcy Judge