**RAINES FELDMAN LLP**
Miles J. Feldman (State Bar No. 173383)
Robert M. Shore (State Bar No. 166018)
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone: 310.440.4100
Facsimile:  310.691.1367
E-mail:        mfeldman@raineslaw.com
                   rshore@raineslaw.com
                   hrafatjoo@raineslaw.com

Attorneys for Debtor
Eagan Avenatti, LLP

**FILED & ENTERED**

**JUL 11 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>   Debtor. | Case No. 8:17-bk-11961-CB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEBTOR TO RESPOND TO THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE**<br><br>Date:           July 25, 2018<br>Time:          10:00 a.m.<br>Courtroom:  5D<br>Address:      411 West Fourth Street<br>                     Santa Ana, CA 92701-4593 |

The Court having read and considered the Stipulation Extending the Deadline for Debtor to Respond to the United States' Motion to Enforce Order and Find Debtor in Contempt; or, in the Alternative, to Vacate Dismissal Order and Reinstate the Chapter 11 Case filed on July 11, 2018 as Docket No. 495 (the "Stipulation") and with good cause shown,

IT IS ORDERED:

1. The Stipulation is APPROVED.

2. The deadline for the Debtor to file a response to the Motion is extended from July 11, 2018 to July 13, 2018.

3. The United States shall file its Reply no later than July 20, 2018.

###

Date: July 11, 2018

Catherine Bauer
United States Bankruptcy Judge