

**FILED & ENTERED**

JUL 26 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | SCHEDULING ORDER RE JUDGMENT DEBTOR EXAMINATION |
| | Date:    July 25, 2018<br>Time:    10:00 a.m.<br>Courtroom: 5D<br>Address:    411 W. 4th St, Santa Ana, CA 92701 |

    A judgment debtor examination ("Exam") was held on July 25, 2018 in this matter.  Prior to the start of the Exam, which would be conducted in a court conference room without court personnel, issues were raised for the first time regarding attendance of nonparties at the Exam.

    In addition, questions were raised about the propriety of the creditor, Jason Frank, disseminating a transcript of the Exam to nonparties.

    Counsel for Jason Frank agreed, on the record, that the transcript of the Exam would not be shared with nonparties prior to August 8, 2018, and in anticipation of a hearing to be requested by the judgment debtor on shortened time regarding an injunction against dissemination of the transcript.

After further consideration, and in anticipation of scheduling a continuation of the Exam at the August 8, 2018 hearing on the judgment debtor's Motion for a Protective Order, the Court orders the following:

1. Fourteen days prior to the continued Exam, parties in interest shall file briefs stating their positions and legal authority regarding attendance of nonparties at judgment debtor examinations in federal court.  The parties shall include legal authorities on the topic of the ability of federal courts to manage their courtroom proceedings.
2. A hearing will be held one week prior to the continued Exam on the issue of attendance at the Exam by nonparties.

###

Date: July 26, 2018

Catherine Bauer
United States Bankruptcy Judge