NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2534
     Facsimile:  (213) 894-0115
     E-mail: najah.shariff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI LLP,<br><br>    Debtor. | Case No. 8:17-BK-11961-CB<br><br>Chapter 11<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL FOR CREDITOR UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY |

TO THE DEBTOR AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that counsel for creditor the United States of America (hereinafter "United States"), on behalf of its Agency, the Internal Revenue Service (hereinafter "IRS"),  will be out of the country and therefore unavailable for any purposes whatsoever, including but not limited to, receiving notices of any kind, responding to ex parte applications and motions of any kind, or appearing in court,

1

during the following period of time: commencing July 30, 2018 through August 17, 2018.

Dated: 7/27/2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


 /s/ Najah J. Shariff
NAJAH J. SHARIFF
Assistant United States Attorney
Attorneys for the
UNITED STATES OF AMERICA