Sara L. Chenetz, State Bar No. 206936
SChenetz@perkinscoie.com
Amir Gamliel, State Bar No. 268121
AGamliel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Jason Frank Law, PLC

FILED
AUG - 8 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

          Debtor.

Case No.  8:17-bk-11961-CB

**NOTICE OF MOTION AND MOTION OF JASON FRANK LAW, PLC FOR ENTRY OF ORDER:(1) FINDING JUDGMENT DEBTOR IN CONTEMPT FOR VIOLATING THIS COURT'S JULY 11, 2018 RESTRAINING ORDER, OR IN THE ALTERNATIVE, REQUEST FOR ADDITIONAL TERMS TO THE RESTRAINING ORDER, AND (2) DIRECTING PARTIAL PAYMENT OF MONTHLY FEES PAYABLE TO JUDGMENT DEBTOR; DECLARATION OF JASON M. FRANK IN SUPPORT THEREOF**

Date:  August 27, 2018
Time:  11:00 a.m.
Place:  Courtroom 5D
       411 West Fourth Street
       Santa Ana, CA 92701-4593

JUDGE:  HON. CATHERINE E. BAUER