ORIGINAL

FILED
AUG 14 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**RAINES FELDMAN LLP**
Miles J. Feldman (State Bar No. 173383)
Robert M. Shore (State Bar No. 166018)
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail:    mfeldman@raineslaw.com
           rshore@raineslaw.com
           hrafatjoo@raineslaw.com

Attorneys for Former Debtor
Eagan Avenatti, LLP

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | **FILED UNDER SEAL – SUBJECT TO ORDER** [Docket No. 530]  **OPPOSITION TO MOTION OF JASON FRANK LAW, PLC FOR ENTRY OF ORDER: (1) FINDING JUDGMENT DEBTOR IN CONTEMPT FOR VIOLATING THIS COURT'S JULY 11, 2018 RESTRAINING ORDER, OR IN THE ALTERNATIVE, REQUEST FOR ADDITIONAL TERMS TO THE RESTRAINING ORDER, AND (2) DIRECTING PARTIAL PAYMENT OF MONTHLY FEES PAYABLE TO JUDGMENT DEBTOR; AND DECLARATION OF MICHAEL AVENATII IN SUPPORT THEREOF**  Date: August 27, 2018  Time: 11:00 a.m.  Place: Courtroom 5D  411 West Fourth Street  Santa Ana, CA 92701-4593  Judge: The Hon. Catherine E. Bauer |