**RAINES FELDMAN LLP**
Miles J. Feldman (State Bar No. 173383)
Robert M. Shore (State Bar No. 166018)
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone: 310.440.4100
Facsimile:  310.691.1367
E-mail: mfeldman@raineslaw.com
rshore@raineslaw.com
hrafatjoo@raineslaw.com

Attorneys for Former Debtor
Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:17-bk-11961-CB<br><br>Chapter 11<br><br>**STIPULATION BETWEEN EAGAN AVENATTI, LLP AND THE UNITED STATES OF AMERICA RESOLVING THE ISSUES SET FORTH IN THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE**<br><br>Date:     August 27, 2018<br>Time:    11:00 a.m.<br>Place:   Courtroom 5D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701-4593<br><br>Judge: The Hon. Catherine E. Bauer |

This Stipulation (the "Stipulation") is entered into by and between Eagan Avenatti, LLP, the former chapter 11 debtor in the above-captioned case (the "Former Debtor") and the United States of America ("United States"), on behalf of its agency, the Internal Revenue Service (the "IRS") (collectively "Parties"). The Stipulation is entered into pursuant to the following:

**RECITALS**

A. On March 1, 2017, an involuntary petition was filed against the Former Debtor by petitioning creditor Gerald Tobin in the Middle District of Florida with assigned case number 6:17-bk-01329-KSJ [Dkt. No. 1]. By an Order dated April 21, 2017, the bankruptcy court in the Middle District of Florida granted the United States Trustee's Motion to transfer venue of the bankruptcy case to the Central District of California [Dkt. Nos. 1 and 70]. On May 16, 2017, the Clerk issued a Notice of Transfer of Case (Inter/Intra District Transfer), and assigned new case number 8:17-bk-11961-CB [Dkt. No. 74].

B. On January 30, 2018, the Former Debtor, Michael Avenatti, and the United States entered into a Stipulation entitled "Stipulation Among, Debtor, Michael Avenatti, and the United States of America on behalf of the Internal Revenue Service Regarding Terms of Payment of Taxes in the Event of Dismissal of Bankruptcy Case" [Dkt. No. 341] (the "Initial Payment Stipulation"). By an Order dated March 15, 2018, the Court approved the Initial Payment Stipulation [Dkt. No. 413].

C. On January 30, 2018, the Former Debtor also filed a Motion for Order Approving Settlement and Dismissing Case ("Dismissal Motion") [Dkt No. 343]. By an Order dated March 15, 2018, the Court dismissed the case [Dkt No. 412].

D. According to the Initial Payment Stipulation and the Order approving same, the United States was supposed to receive a payment of $440,291.45, plus accrued interest of $11,709.07, on May 14, 2018, from the Former Debtor, but did not [Dkt Nos. 341 and 413].

E. On July 3, 2018, the United States filed a Motion to Enforce Order and Find Debtor in Contempt; or, in the Alternative, to Vacate Dismissal Order and Reinstate the Chapter 11 Case (the "Motion"), with a hearing date set for July 25, 2018 [Dkt. No. 489].

F.  At the July 25, 2018 hearing on the Motion, the Former Debtor and the United States announced that a settlement had been reached between the Parties.

G.  The Court continued the hearing on the Motion to August 27, 2018 at 11:00 a.m. to provide the Parties an opportunity to file a stipulation memorializing the terms of the agreement.

H.  The Parties agree that the Former Debtor is in default under the Initial Payment Stipulation and that $840,015.22 remains due and owing to the United States (the "Outstanding Taxes"), which amount continues to accrue interest.

I.  The Parties wish to establish a payment schedule for the payment of the Outstanding Taxes.

**STIPULATION**

Based on the foregoing recitals which are incorporated by this reference, it is hereby STIPULATED and AGREED as follows:

1.  The Former Debtor has agreed to provide monthly payments of $75,000 to the United States until the Outstanding Taxes (plus accrued interest) are paid in full.

2.  The Former Debtor shall deliver the Initial Payment of $75,000 to Assistant United States Attorney ("AUSA") Najah J. Shariff ("Shariff") (as further described in paragraph 4 below) on or before August 15, 2018.  The Initial Payment will be in the form of a cashier's check or money order.

3.  All subsequent payments of $75,000 must be received by AUSA Shariff by the 15th of each month, beginning in September 2018.

4.  All payments made pursuant to this Stipulation shall be made to the "United States Treasury", stating in the memo line, the Former Debtor's name, employer tax identification number, and the case number, and directed to:

U.S. Attorney's Office, Tax Division
Attn: Najah J. Shariff
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012

3

5. All payments made under this Stipulation shall be deemed paid on the date received.

6. In the event the Former Debtor becomes delinquent in making any of the payments pursuant to this Stipulation and does not cure the default within ten (10) calendar days of receipt of notice of such default, the United States shall file a Declaration of Default and upload an Order seeking an Order to Show Cause re Contempt with an opportunity for the Former Debtor to respond.

7. The Former Debtor's counsel agrees to receive notice of default via email at the following email address at hrafatjoo@raineslaw.com.

8. Notwithstanding the dismissal of the Former Debtor's bankruptcy case, the Court shall retain jurisdiction for purposes of enforcing this Stipulation.

Dated: August 20, 2018                                RAINES FELDMAN LLP


By:  /s/ Hamid R. Rafatjoo
     Hamid R. Rafatjoo
Attorneys for Former Debtor
Eagan Avenatti LLP


Dated: August 20, 2018                                NICOLA T. HANNA
                                                      United States Attorney
                                                      THOMAS D. COKER
                                                      Assistant United States Attorney
                                                      Chief, Tax Division


By:
     Najah J. Shariff
Assistant United States Attorney
Attorneys for the United States of America

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**STIPULATION BETWEEN EAGAN AVENATTI, LLP AND THE UNITED STATES OF AMERICA RESOLVING THE ISSUES SET FORTH IN THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 20, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 20, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Delivery
The Honorable Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**