Christopher Celentino, State Bar No. 131688
Mikel R. Bistrow, State Bar No. 102978
Peter W. Bowie, State Bar No. 50168
Dinsmore & Shohl LLP
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619-400-0500
Facsimile: 619-400-0501
Email: chris.celentino@dinsmore.com
       mikel.bistrow@dinsmore.com
       peter.bowie@dinsmore.com

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

EAGAN AVENATTI LLP,

    Debtor and Debtor in Possession.

Case No. 8:17-bk-11961-CB

Chapter 11

**RESPONSE IN AND JOINDER OF THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN OPPOSITION OF JASON FRANK LAW, PLC, JASON FRANK, SCOTT SIMS, ANDREW STOLPER AND FRANK SIMS & STOLPER LLP TO APPROVAL OF OF AUGUST 20, 2018 "STIPULATION BETWEEN EAGAN AVENATTI, LLP AND THE UNITED STATES OF AMERICA RESOLVING THE ISSUES SET FORTH IN THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE**

Hearing:

Date: August 27, 2018
Time: 10:00 a.m.
Ctrm: 5D
    Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth Street
Judge: Hon. Catherine E. Bauer

Comes now the Committee of Creditors Holding Unsecured Claims (the "Committee"), through their counsel, and hereby gives notice that the Committee responds to and joins in the Opposition filed by Jason Frank Law, PLC, et al.

Counsel for the Committee was duly employed while the within bankruptcy case was pending. Thereafter, the case was dismissed, but was not closed. The Committee has not been dissolved by order of this Court, and counsel for the Committee has remained in regular communication with Committee members, and has continued to monitor the Debtor's performance of its obligation to unsecured creditors. In addition, Committee counsel continues to maintain the confessions of judgement provided by the Debtor in the event of the Debtor's default(s) on its payment obligations.

The Opposition set out by Jason Frank Law, PLC sets out objections that similarly trouble the Committee, and cause the Committee to respond to and join the Opposition filed by Jason Frank Law, PLC.

At the hearing, the Committee will inquire of the Court (a) the mechanism for re-engagement of counsel in these proceedings, (b) procurement of a hearing date for a to be filed motion to marshal assets, and (c) potentially, a motion for seal order to be modified to include disclosure of sealed items to counsel to the Committee.

Date: August 23, 2018

Dinsmore & Shohl LLP

By: _____
Christopher Celentino
Mikel R. Bistrow
Peter W. Bowie
Counsel for the Official Committee of
Creditors Holding Unsecured Claims

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (specify): **RESPONSE IN AND JOINDER OF THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN OPPOSITION OF JASON FRANK LAW, PLC, JASON FRANK, SCOTT SIMS, ANDREW STOLPER AND FRANK SIMS & STOLPER LLP TO APPROVAL OF OF AUGUST 20, 2018 "STIPULATION BETWEEN EAGAN AVENATTI, LLP AND THE UNITED STATES OF AMERICA RESOLVING THE ISSUES SET FORTH IN THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 23, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 23, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 23, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY**
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593
***VIA FEDERAL EXPRESS TRACKING NO. 782450083836***

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 23, 2018 | Caron Burke | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

Innovative Computing Systems
3101 Bee Caves Rd Ste 305
Austin, TX 78746

Tiffany D Payne
Baker Hostetler
PO Box 112
Orlando, FL 32801

Gerald Tobin
2014 Edgewater Dr #169
Orlando, FL 32804

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE