Sara L. Chenetz, State Bar No. 206936
SChenetz@perkinscoie.com
Amir Gamliel, State Bar No. 268121
AGamliel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Jason Frank Law, PLC,
Judgment Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:17-bk-11961-CB

**STATUS REPORT**

Date: September 24, 2018
Time: 10:00 am
Courtroom; 5D
Address: 411 West 4th Street
Santa Ana, CA 92701

JUDGE: HON. CATHERINE E. BAUER

On August 30, 2018 the Court filed its Notice of Intent to Abstain from any further proceedings in this dismissed bankruptcy case pursuant to 11 U.S.C. § 305(a) and set a hearing date for September 24, 2018 at 10:00 am. [Dkt. 554].

On September 4, 2018, Judgment Creditor Jason Frank Law, PLC ("JFL") registered its Judgment in the Central District of California. [Case No. 8:18-mc-00027, Dkt. 1]. The matter was assigned to Judge Virginia A. Phillips and Magistrate Judge Karen E. Scott. [Case No. 8:18-cv-01644-VAP-KES, Dkt. 8]. JFL filed a motion to set a hearing date on Eagan Avenatti, LLP's ("EA") Motion for Protective Order currently before this Court.

Judge Scott has scheduled a status conference with the parties on September 24, 2018 at 9:00 a.m. in Courtroom 6D located at 411 West 4th Street, Santa Ana, California 92701.

An issue that still needs to be determined is how to transfer this Court's pending enforcement orders (the Restraining Order, the Judgment Debtor Exam Order, Subpoenas, etc.) to Judge Phillips and Judge Scott, through withdrawal of the reference or otherwise. This matter will be discussed with Judge Scott at the status conference on September 24, 2018 prior to the hearing before this Court.

JFL requests that this Court not issue a final order abstaining from this case unless and until this Court's currently pending orders are appropriately before an alternative venue for enforcement. This is to insure the orders remain in effect in the interim. Otherwise, the protections JFL obtained to prevent the dissipation of EA's assets, which this Court deemed necessary, could potentially be violated by Eagan Avenatti LLP.

This is a particular concern as EA has not provided JFL with information on what payments EA has made since July, contrary to what counsel for EA told the Court on August 27, 2018. Specifically, counsel stated:

MR. RAFATJOO: Your Honor, for Eagan Avenatti, we will file the report that will say what payments have been made. We can do it --when was the order entered, the --

MS. CHENETZ: Restraining order?

MR. RAFATJOO: --restraining order? We will file one for the month of July post-restraining order. I will file one for the month of August, September 15th or earlier, whenever

people want it, so that people know. Or if I can skip the filing step and just email it to these two parties.

THE COURT: That's great. That's perfect.

(These excerpts of the transcript of the August 27, 2018 hearing are attached hereto as Exhibit A. Dkt. No. 561 at ps. 43-44.)

DATED: September 20, 2018

**PERKINS COIE LLP**

By: /s/ Sara L. Chenetz
Sara L. Chenetz

Attorneys for Jason Frank Law, PLC, Judgment Creditor

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

| | |
|---|---|
| In Re: | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP | Chapter 11 |
| Debtor. | Santa Ana, California<br>Monday, August 27, 2018<br>11:00 a.m. |

CONT UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT OR IN THE ALTERNATIVE TO VACATE DISMISS ORDER AND REINSTATE THE CHAPTER 11 CASE

CONT MOTION OF EAGAN AVENATTI LLP FOR A PROTECTIVE ORDER

CONT APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT

MOTION OF JASON FRANK LAW, PLC FOR ENTRY OF ORDER (1) FINDING JUDGMENT DEBTOR IN CONTEMPT FOR VIOLATING THE COURT'S JULY 11, 2018 RESTRAINING ORDER OR, IN THE ALTERNATIVE, REQUEST FOR ADDITIONAL TERMS TO THE RESTRAINING ORDER, AND (2) DIRECTING PARTIAL PAYMENT OF MONTHLY FEES PAYABLE TO JUDGMENT DEBTOR

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

STIPULATION BETWEEN EAGAN AVENATTI LLP AND THE UNITED STATES OF AMERICA RESOLVING THE ISSUES SET FORTH IN THE UNITED STATES' MOTION TO ENFORCE ORDER AND FIND DEBTOR IN CONTEMPT; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL ORDER AND REINSTATE THE CHAPTER 11 CASE

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CATHERINE BAUER
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Jason Frank Law, PLC and Scott Sims:

SARA L. CHENETZ, ESQ.
Perkins Coie, LLP
1888 Century Park East
Suite 1700
Los Angeles, California 90067
(310) 788-9900

JAMES R. SELTH, ESQ.
Weintraub & Selth, APC
525 North Cabrillo Park Drive
Suite 104
Santa Ana, California 92701

For the Internal Revenue Service:

NAJAH J. SHARIFF, ESQ.
Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
(213) 894-2534

For the Creditor's Committee:

PETER W. BOWIE, ESQ.
CHRISTOPHER CELENTINO, ESQ.
Dinsmore & Shohl, LLP
655 West Broadway, Suite 800
San Diego, California 92101
(619) 400-0500

APPEARANCES: (Cont'd.)

| | |
|---|---|
| For the Debtor: | HAMID R. RAFATJOO, ESQ.<br>Raines Feldman, LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, California |
| For the United States | MICHAEL HAUSER, ESQ.<br>FRANK CADIGAN, ESQ.<br>411 West Fourth Street<br>Suite 7100<br>Santa Ana, California 92701 |
| Court Recorder: | Rick Reid<br>United States Bankruptcy Court<br>411 West Fourth Street<br>Suite 2030<br>Santa Ana, California 92701 |
| Transcriber: | Jordan R. Keilty<br>Echo Reporting, Inc.<br>4455 Morena Boulevard<br>Suite 104<br>San Diego, CA 92117<br>(858) 453-7590 |

issue.

THE COURT: We're going with normal operating expenses and the next judge can --

MS. CHENETZ: Your Honor, and in this interim period, can we get a report of what expenses have been made the way we would have in a --

THE COURT: If we had a real case?

MS. CHENETZ: Well, I mean, what I'm thinking is really a list. We paid rent of this much. We paid employees. We, you know, bought office supplies. We paid a process server.

THE COURT: Like an MOR sort of thing. Is there a way to get a listing, Mr. Rafatjoo?

MR. RAFATJOO: Your Honor, I'm sure there is a way of getting that list.

THE COURT: Okay.

MR. RAFATJOO: Yes. So --

THE COURT: We're not going out that long. So if we can just keep things kind of, you know, steady while I'm gone, I would appreciate it.

MR. RAFATJOO: Your Honor, we will try not to --

MS. CHENETZ: And who's paying.

MR. RAFATJOO: -- have the world blow up.

THE COURT: And who -- which entity or which person?

MR. RAFATJOO: Well, it's --

THE COURT: Well, it would --

MR. RAFATJOO: Your Honor, for Eagan Avenatti, we will file the report that will say what payments have been made. We can do it -- when was the order entered, the --

MS. CHENETZ: Restraining order?

MR. RAFATJOO: -- restraining order? We will file one for the month of July post-restraining order. I will file one for the month of August, September 15th or earlier, whenever people want it, so that people know. Or if I can skip the filing step and just email it to these two parties --

THE COURT: That's great. That's perfect.

MR. RAFATJOO: -- that would be even better.

MS. CHENETZ: That's fine.

THE COURT: Perfect. Absolutely.

MR. RAFATJOO: And then we can deal with it.

THE COURT: Okay. Wonderful.

MR. RAFATJOO: September 24th.

THE COURT: Yeah, I'm looking at September 24th at 10:00. It's a Monday.

MS. SHARIFF: Okay. Is -- your Honor, if I may ask, is there going to be some kind of a briefing schedule or filing or something?

THE COURT: I'll put it in the notice.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document(s) described as

**STATUS REPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL AND FEDERAL EXPRESS** (indicate method for each person or entity served): On September 20, 2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2018 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ATTACHED SERVICE LIST**

VIA ECF

- Michael Avenatti mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Jeffrey W Broker jbroker@brokerlaw.biz
- Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Sara Chenetz schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Amir Gamliel amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser michael.hauser@usdoj.gov
- Mark S Horoupian mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter jhunter@pszjlaw.com
- Sheri Kanesaka sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

- Robert M Saunders rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein dstein@wilentz.com
- Michael K Symons mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
-

**Via U.S. Mail**

Michael Q. Eagan, Esq.
1 Embarcadero Center, Suite 3810
San Francisco, CA 94111-3726
Innovative Computing Systems
3101 Bee Caves Rd Ste 305
Austin, TX 78746