**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail:      hrafatjoo@raineslaw.com

Attorneys for Former Debtor
Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI, LLP, | Chapter 11 |
| Debtor. | **DECLARATION OF HAMID R. RAFATJOO IN RESPONSE TO THE STATUS REPORT FILED BY JASON FRANK LAW, PLC** |
| | Date:     September 24, 2018
Time:    10:00 a.m.
Place:    Courtroom 5D
              411 West Fourth Street
              Santa Ana, CA 92701-4593 |
| | Judge: The Hon. Catherine E. Bauer |

**DECLARATION OF HAMID R. RAFATJOO**

I, Hamid R. Rafatjoo, declare as follows:

1. I am an attorney duly authorized to practice before the United States Bankruptcy Court for the Central District of California. I am a Partner of Raines Feldman LLP, counsel of record for the former debtor Eagan Associates, LLP ("EA"). I make this Declaration based on facts within my personal knowledge. If called upon to testify, I would testify to the facts set forth in this Declaration.

2. I make this Declaration in response to the Status Report filed by Jason Frank Law, PLC ("JFL") on September 20, 2018 [Docket No. 566].

3. On August 21, 2018, Jason Frank Law, PLC ("JFL") filed a Notice of Subpoena to Produce Documents for Gilardi & Co., LLC (the "Gilardi Subpoena") [Docket 542].

4. On August 23, 2018, JFL filed a Notice of Subpoena to Testify at a Deposition in a Bankruptcy Case for Michael Eagan (the "Eagan Subpoena") [Docket 548].

5. On August 27, 2018, the Court advised EA and JFL of its intention to abstain from this case.

6. On August 30, 2018, the Court filed and entered its Notice of Intent to Abstain. [Docket 554].

7. On September 4, 2018, JFL registered its judgment in the District Court (the "District Court Action").

8. On September 4, 2018, at 12:38 p.m. I sent an email to Sara Chenetz asking if JFL still intended to push forward with the Gilardi Subpoena and the Eagan Subpoena in light of the Court's intent to abstain as the Court would never rule on the matter. A true and correct copy of my email is attached hereto as Exhibit 1.

9. On September 4, 2018, at 4:54 p.m., I spoke with Sara Chenetz regarding the withdrawal of the Gilardi Subpoena and the Eagan Subpoena in the bankruptcy case as both needed to be refiled in the newly JFL initiated District Court Action.

10. On September 4, 2018, at 6:40 p.m., Sara Chenetz sent me an email stating that JFL would not withdraw the Gilardi Subpoena and the Eagan Subpoena.

11. On September 18, 2018, EA and JFL exchanged emails regarding the scope of the filing requirements and the reports to be produced. In those emails, I reaffirmed EA's commitment to provide JFL and the Internal Revenue Service (the "IRS") with a list of the expenses paid by EA. A true and correct copy of the email exchange is attached hereto as Exhibit 2. .

12. On September 19, 2018, EA served its object to the Eagan Subpoena. In response thereto, Jim Selth advised that because the Eagan Subpoena was never served that JFL would just serve a new subpoena in the District Court Action. This was the exact issue that I discussed with Sara Chenetz on September 4, 2018. At that moment it became obvious that JFL had no intention of moving ahead with the Eagan Subpoena and the Gilardi Subpoena and was simply wasting my time. A true and correct copy of my emails to Jim Selth and Sara Chenetz are attached hereto as Exhibits 3 and 4.

13. It is correct that I had agreed to provide JFL and the IRS with information regarding EA's expenses. However, after realizing that JFL was simply playing games as to the subpoenas and was more interested in wasting my time, I decided to show JFL the same professional courtesy that they had shown me. This has nothing to do with any intention to dissipate assets. It has to do with JFL's actions in this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2st day of September, 2018, in Los Angeles, California.

                                                /s/ Hamid R. Rafatjoo
                                                Hamid R. Rafatjoo

# EXHIBIT 1

-----Original Message-----
From: Chenetz, Sara L. (Perkins Coie) [mailto:SChenetz@perkinscoie.com]
Sent: Tuesday, September 04, 2018 6:15 PM
To: Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>
Subject: RE: EA—subpoenas

JFL will not be withdrawing the subpoenas.

-----Original Message-----
From: Hamid R. Rafatjoo [mailto:hrafatjoo@raineslaw.com]
Sent: Tuesday, September 04, 2018 12:38 PM
To: Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>
Subject: EA—subpoenas

Sara

I hope you enjoyed the long weekend.

For the M Eagan and Giraldi subpoenas, are you withdrawing those?  It seems that it would be a waste of time and money to file a motion for a protective order since Judge Bauer is not going to rule on it.

Please let me know

Thank you
Hamid

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT 2

**From:** Hamid R. Rafatjoo [mailto:hrafatjoo@raineslaw.com]
**Sent:** Wednesday, September 19, 2018 9:43 AM
**To:** Jason Frank <jfrank@lawfss.com>; Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>
**Subject:** RE: Eagan Avenatti

Maybe you should read what you have highlighted.

---

**From:** Jason Frank [mailto:jfrank@lawfss.com]
**Sent:** Wednesday, September 19, 2018 9:39 AM
**To:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>; Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com>
**Subject:** Re: Eagan Avenatti

 MS. CHENETZ:  Your Honor, and in this interim period, can we get a report of what expenses have been made the way we would have in a --
    THE COURT:  If we had a real case?
    MS. CHENETZ:  Well, I mean, what I'm thinking is really a list.  We paid rent of this much.  We paid employees.  We, you know, bought office supplies.  We paid a process server.
    THE COURT:  Like an MOR sort of thing.  Is there a way to get a listing, Mr. Rafatjoo?
    MR. RAFATJOO:  Your Honor, I'm sure there is a way of getting that list.
    THE COURT:  Okay.
    MR. RAFATJOO:  Yes.  So --
    THE COURT:  We're not going out that long.  So if we can just keep things kind of, you know, steady while I'm gone, I would appreciate it.

person?

MR. RAFATJOO:  Your Honor, we will try not to --
MS. CHENETZ:  And who's paying.
MR. RAFATJOO:   -- have the world blow up.
THE COURT:  And who -- which entity or which
MR. RAFATJOO:  Well, it's --
    THE COURT:  Well, it would --
    MR. RAFATJOO:  Your Honor, for Eagan Avenatti, we will file the report that will say what payments have been made.  We can do it -- when was the order entered, the --
    MS. CHENETZ:  Restraining order?
    MR. RAFATJOO:  -- restraining order?  We will file

1

==one for the month of July post-restraining order.  I will file one for the month of August, September 15th or earlier, whenever people want it, so that people know.  Or if I can skip the filing step and just email it to these two parties==  --

       THE COURT:  That's great.  That's perfect.

---

**From:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>
**Sent:** Wednesday, September 19, 2018 9:08 AM
**To:** Jason Frank; Chenetz, Sara L. (Perkins Coie)
**Subject:** RE: Eagan Avenatti

Not that it means anything but you two have lost such credibility with me over asking me to file objections to the subpoenas in front of the bankruptcy court which clearly wants nothing to do with this case and will not be hearing the motions.  You are simply looking to cause EA to run up fees, which you somehow view to your advantage.

So I view your emails as nothing more than simple exhibits for whatever you are going to file next.  Thus, I'll respond accordingly.

First, I told the Court that we would amend the first notice of receipt of monies so that it would be filed under penalty of perjury.  That happened.
Second, I told the Court that we would file our next report on the 15th as MORs are filed in cases.  We filed our second notice of receipt of monies.
Third, I never agreed to file MORs.  What I said is that between the notice of receipt of monies and this expense report, it would be like an MOR.  If you want MORs filed, get a Court order.
Fourth, the Court did not order it but I agreed to send you and the IRS a notice of the expenses.  I never agreed to file anything and I'm not going to file anything.  If you want the notice of expenses filed, get a Court order.  I have requested this information and will send it to you and the IRS when I have it, which will hopefully be soon.

---

**From:** Jason Frank [mailto:jfrank@lawfss.com]
**Sent:** Tuesday, September 18, 2018 5:21 PM
**To:** Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com>
**Cc:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>
**Subject:** Re: Eagan Avenatti

Actually, I believe it was agreed on the record that EA could serve the MORs on the creditors but they did not have to file the MORs with the Court.  However, it is correct that EA agreed it would serve the MORs with the disclosure of the money received.  We have not received the MORs for August or September.

Sent from my iPhone

On Sep 18, 2018, at 4:54 PM, Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com> wrote:

    You had said EA would file monthly operating reports.  I have not seen any.

2

**Sara Chenetz** | **Perkins Coie LLP**
**PARTNER**
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3218
F. +1.310.843.1293
E. SChenetz@perkinscoie.com
<image001.jpg>

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT 3

**From:** Hamid R. Rafatjoo
**Sent:** Wednesday, September 19, 2018 3:46 PM
**To:** Jim Selth <jim@wsrlaw.net>
**Cc:** Sara L. Chenetz <SChenetz@perkinscoie.com>
**Subject:** Re: Eagan deposition

Sara and Jason Enjoyed wasting my time and told me to file it.

What about gilardi?

On Sep 19, 2018, at 3:25 PM, Jim Selth <jim@wsrlaw.net> wrote:

> Hamid:
>
> Mr. Eagan was not served with the subpoena dated August 23 and the deposition scheduled for September 21 is therefore not going forward on that date. A new subpoena will be issued in the District Court case.
>
> Jim
>
> James R. Selth
> Certified Bankruptcy Specialist*
> Weintraub & Selth, APC
> 11766 Wilshire Boulevard, Suite 1170
> Los Angeles, California  90025
>
> (310) 207-1494  Phone
> (310) 442-0660  Fax
> jim@wsrlaw.net
> www.wsbankruptcylaw.com
>
> <image001.png>
>
> *Certified by State Bar of California as Certified Legal Specialist in Bankruptcy Law
> Commissioner, Bankruptcy Law Advisory Commission, State Bar of California.
>
> NOTICE TO RECIPIENT:  THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION AND THIS COMMUNICATION IS INTENDED TO BE PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN-E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.  THANK YOU IN ADVANCE FOR YOUR COOPERATION.

# EXHIBIT 4

**From:** Hamid R. Rafatjoo [mailto:hrafatjoo@raineslaw.com]
**Sent:** Wednesday, September 19, 2018 3:55 PM
**To:** Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>
**Cc:** Jason Frank <jfrank@lawfss.com>
**Subject:** Re: Eagan Avenatti

Since I just learned you wasted my time on the Eagan objection and never intended to move forward, I'm not sending you anything.

Sara, these clients come and go but you and I will continue to practice in the bankruptcy bubble.   That was not a decent move in your part.  I'm not going to forget it.

On Sep 19, 2018, at 3:50 PM, Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com> wrote:

> Hamid:  I read your recent emails to suggest that you have sent information on expenses Eagan Avenatti has incurred.  I have not received any such information.  Perhaps you meant to send it and did not or it got lost somewhere.  Please resend or explain.  Thanks.  Sara
>
> **From:** Hamid R. Rafatjoo [mailto:hrafatjoo@raineslaw.com]
> **Sent:** Wednesday, September 19, 2018 9:43 AM
> **To:** Jason Frank <jfrank@lawfss.com>; Chenetz, Sara L. (LOS) <SChenetz@perkinscoie.com>
> **Subject:** RE: Eagan Avenatti
>
> Maybe you should read what you have highlighted.
>
>
> **From:** Jason Frank [mailto:jfrank@lawfss.com]
> **Sent:** Wednesday, September 19, 2018 9:39 AM
> **To:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>; Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com>
> **Subject:** Re: Eagan Avenatti
>
>  MS. CHENETZ:  Your Honor, and in this interim period, can we get a report of what expenses have been made the way we would have in a --
>       THE COURT:  If we had a real case?
>       MS. CHENETZ:  Well, I mean, what I'm thinking is really a list.  We paid rent of this much.  We paid employees.  We, you know, bought office supplies.  We paid a process server.
>       THE COURT:  Like an MOR sort of thing.  Is there a way to get a listing, Mr. Rafatjoo?
>       MR. RAFATJOO:  Your Honor, I'm sure there is a way

1

of getting that list.
      THE COURT: Okay.
      MR. RAFATJOO: Yes. So --
      THE COURT: We're not going out that long. So if we can just keep things kind of, you know, steady while I'm gone, I would appreciate it.

person?

MR. RAFATJOO: Your Honor, we will try not to --
MS. CHENETZ: And who's paying.
MR. RAFATJOO: -- have the world blow up.
THE COURT: And who -- which entity or which
MR. RAFATJOO: Well, it's --
      THE COURT: Well, it would --
      MR. RAFATJOO: Your Honor, for Eagan Avenatti, we will file the report that will say what payments have been made. We can do it -- when was the order entered, the --
      MS. CHENETZ: Restraining order?
      MR. RAFATJOO: -- restraining order? We will file one for the month of July post-restraining order. I will file one for the month of August, September 15th or earlier, whenever people want it, so that people know. Or if I can skip the filing step and just email it to these two parties --
      THE COURT: That's great. That's perfect.

---

**From:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>
**Sent:** Wednesday, September 19, 2018 9:08 AM
**To:** Jason Frank; Chenetz, Sara L. (Perkins Coie)
**Subject:** RE: Eagan Avenatti

Not that it means anything but you two have lost such credibility with me over asking me to file objections to the subpoenas in front of the bankruptcy court which clearly wants nothing to do with this case and will not be hearing the motions. You are simply looking to cause EA to run up fees, which you somehow view to your advantage.

So I view your emails as nothing more than simple exhibits for whatever you are going to file next. Thus, I'll respond accordingly.

First, I told the Court that we would amend the first notice of receipt of monies so that it would be filed under penalty of perjury. That happened.
Second, I told the Court that we would file our next report on the 15th as MORs are filed in cases. We filed our second notice of receipt of monies.
Third, I never agreed to file MORs. What I said is that between the notice of receipt of monies and this expense report, it would be like an MOR. If you want MORs filed, get a Court order.
Fourth, the Court did not order it but I agreed to send you and the IRS a notice of the expenses. I never agreed to file anything and I'm not going to file anything. If you want the notice of expenses filed, get a Court order. I have requested this information and will send it to you and the IRS when I have it, which will hopefully be soon.

2

**From:** Jason Frank [mailto:jfrank@lawfss.com]
**Sent:** Tuesday, September 18, 2018 5:21 PM
**To:** Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com>
**Cc:** Hamid R. Rafatjoo <hrafatjoo@raineslaw.com>
**Subject:** Re: Eagan Avenatti

Actually, I believe it was agreed on the record that EA could serve the MORs on the creditors but they did not have to file the MORs with the Court. However, it is correct that EA agreed it would serve the MORs with the disclosure of the money received. We have not received the MORs for August or September.

Sent from my iPhone

On Sep 18, 2018, at 4:54 PM, Chenetz, Sara L. (Perkins Coie) <SChenetz@perkinscoie.com> wrote:

> You had said EA would file monthly operating reports. I have not seen any.
>
> **Sara Chenetz | Perkins Coie LLP**
> **PARTNER**
> 1888 Century Park East Suite 1700
> Los Angeles, CA 90067-1721
> D. +1.310.788.3218
> F. +1.310.843.1293
> E. SChenetz@perkinscoie.com
> <image001.jpg>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF HAMID R. RAFATJOO IN RESPONSE TO THE STATUS REPORT FILED BY JASON FRANK LAW, PLC**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 21, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/21/2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Giraldi & Co., Inc.
3301 Kerner Blvd., Suite 100
San Rafael, CA 94901

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 21, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Michael Eagan</u> – <u>mqe@lomqe.com</u>

<u>Via Overnight Delivery</u>
The Honorable Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/21/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**