1   **Sara L.Chenetz - SBN 206936**
    **Amir Gamliel - SBN 268121**
2   **PERKINS COIE LLP**
    **1888 Century Park East, Suite 1700**
3   **Los Angeles, CA 90067**
    **Telephone: (310) 788-9900**
4   **Facsimile: (310) 788-3399**
    **Schenetz@perkinscoie.com**
5
    **Daniel J. Weintraub - SBN 132111**
6   **James R. Selth - SBN 123420**
    **WEINTRAUB & SELTH, APC**
7   **11766 Wilshire Boulevard, Suite 1170**
    **Los Angeles, CA 90025**
8   **Telephone: (310) 207-1494**
    **Facsimile: (310) 442-0660**
9   **jim@wsrlaw.net**

10  Attorneys for Judgment Creditor,
    JASON FRANK LAW, PLC
11

12                 UNITED STATES BANKRUPTCY COURT

13        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

14

15  In re                         )  Chapter 11
                                  )
16  EAGAN AVENATTI, LLP,          )  Bankruptcy No. 8:17-bk-11961-CB
                                  )
17            Debtor.             )  **DECLARATION OF DILIGENCE RE**
                                  )  **ATTEMPTED SERVICE OF SUBPOENA TO**
18                                )  **MICHAEL Q. EAGAN (1 OF 2)**
                                  )
19                                )
                                  )
20                                )
                                  )
21  _____)

22

23

24

25

26

27

28

                                  1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (310) 207-1494 | FOR COURT USE ONLY |
|---|---|---|
| James Selth SBN 123420<br>WEINTRAUB & SELTH APC<br>11766 WILSHIRE BLVD 1170<br>LOS ANGELES CA 90025<br>ATTORNEY FOR   Judgement Creditor | Ref. No. or File No.<br>3599.01 | |

UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT, SANTA ANA
411 W. Fourth St.
Santa Ana, CA 92701

SHORT TITLE OF CASE:
Eagan Avenatti, LLP

| INVOICE NO.<br>2159059 | DATE:<br>09/21/2018 | TIME:<br>10:00 am | DEP./DIV. | CASE NUMBER:<br>8:17-bk-11961-CB |
|---|---|---|---|---|

United States Bankruptcy Court
Declaration of Diligence

Person to Serve: Michael Q. Eagan

Documents Received:

Subpoena to Testify at a Deposition in a Bankruptcy Case;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Aug 23 2018   04:28PM   1 Embarcadero Ctr 3810, San Francisco, CA 94111; Subject is not in per female at business location. Subject shares space with another firm.

Aug 23 2018   05:15PM   733 Front St 405, San Francisco, CA 94111; Unable to serve at the given location. Given address is a secured complex. Subject's name is on the call box. I called and spoke with Michael Jr., son. We got cut off the phone, he came out and stated his father doesn't live here. Son is in his 30's.

Aug 28 2018   11:45AM   1 Embarcadero Ctr 3810, San Francisco, CA 94111; Subject is not in per same female. States the subject travels a lot. I asked if she works with or for the subject but she just walked away.

Aug 29 2018   10:34AM   1 Embarcadero Ctr 3810, San Francisco, CA 94111; Subject is not in per John Doe (Caucasian, male, 40's, 6', 160lbs., brown hair). Stated subject is traveling.

Aug 30 2018   01:07PM   1 Embarcadero Ctr 3810, San Francisco, CA 94111; Subject is not in per Joyce, assistant.

Aug 31 2018   04:05PM   1 Embarcadero Ctr 3810, San Francisco, CA 94111; Premises locked and closed.

Person attempting service:
a. Name: Joseph K. Buchanan
b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017

CONTINUED ON NEXT PAGE

Declaration of Diligence

| PLAINTIFF/PETITIONER: | Jason Frank Law PLC | CASE NUMBER:<br>8:17-bk-11961-CB |
|---|---|---|
| DEFENDANT/RESPONDENT: | Eagan Avenatti, LLP | |

c. Telephone number: 213-628-6338
d. The fee for this service was: 289.00
e. I am:
(3) [X] a registered CA process server:
    (I) [X] Independent Contractor
    (II) Registration No.: 1353 Expires: 1/11/2020
    (III) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/19/2018

Joseph K. Buchanan

Declaration of Diligence

Billing Code: 3599.01

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **DECLARATION OF DILIGENCE RE ATTEMPTED SERVICE OF SUBPOENA TO MICHAEL Q. EAGAN  (1 OF 2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **N/A**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2018 | James R. Selth | /s/ *James R. Selth* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;
    SDCMLFiles@DINSMORE.COM
Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;
    mduncan@perkinscoie.com
Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;
    JDerosier@perkinscoie.com
David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
Michael J Hauser    michael.hauser@usdoj.gov
Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;
    dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
James KT Hunter    jhunter@pszjlaw.com
Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
Isaac Marcushamer
Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
David H Stein    dstein@wilentz.com
Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov