Christopher Celentino, State Bar No. 131688
Mikel R. Bistrow, State Bar No. 102978
Peter W. Bowie, State Bar No. 50168
Dinsmore & Shohl LLP
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619-400-0500
Facsimile: 619-400-0501
Email: chris.celentino@dinsmore.com
       peter.bowie@dinsmore.com

Former Counsel for the Official Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-bk-11961-CB |
| EAGAN AVENATTI LLP, | Chapter 11 |
| Debtor and Debtor in Possession. | **STATEMENT OF FORMER COUNSEL TO THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

Comes now, the law firm Dinsmore & Shohl LLP, former counsel to the Official Committee of Creditors Holding Unsecured Claims (the "Committee") in the above-captioned matter and reports that on September 24, 2018, during hearings in these proceedings we asked for an opportunity to submit a request to be relieved as counsel to the Committee. The Assistant United States Trustee observed that the Committee was dissolved when the above-captioned case was dismissed, and he subsequently provided a citation to a decision which so holds. In re Constellation Enterprises LLC, 587 B.R. 275 (D. Del. 2018).

Based on the discussion with this Court, the Assistant United States Trustee, the rationale and the decision above-cited, the firm of Dinsmore & Shohl LLP and its attorneys of record including, Mikel R. Bistrow, Christopher Celentino and Peter W. Bowie are no longer counsel to the Committee of Creditors Holding Unsecured Claims. In such circumstances, unless this Court rules otherwise by specific notation in its anticipated Order of Abstention, we shall take no further action on behalf of said disbanded Committee.

Date: September 25, 2018

DINSMORE & SHOHL LLP

By: _____
Christopher Celentino
Mikel R. Bistrow
Peter W. Bowie
Former Counsel for the Official Committee
of Creditors Holding Unsecured Claims

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF FORMER COUNSEL TO THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **PRESIDING JUDGE'S COPY**
> The Honorable Catherine E. Bauer
> United States Bankruptcy Court
> Central District of California
> 411 West Fourth Street, Suite 5165 / Courtroom 5D
> Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2018 | Caron Burke | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Jason M Frank    jfrank@lawfss.com, mnowowiejski@lawfss.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- James KT Hunter    jhunter@pszjlaw.com
- Sheri Kanesaka    sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
- Isaac Marcushamer
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- David H Stein    dstein@wilentz.com
- Michael K Symons    mike@symonsmarkwith.com, mike@symonsmarkwith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

Wilentz, Goldman & Spitzer, P.A.
Attn: David Stein
90 Woodbridge Center, Suite 900
Woodbridge, New Jersey 07095

Personal Court Reporters, Inc.
Attn: Lisa Carrier
14520 Sylvan St.
Van Nuys, CA 91411

Competition Economics
Attn: Michael A. Williams
2000 Powell Street, Suite 510
Emeryville, CA 94608

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE