**Sara L. Chenetz - SBN 206936**
**Amir Gamliel - SBN 268121**
**PERKINS COIE LLP**
**1888 Century Park East, Suite 1700**
**Los Angeles, CA 90067**
**Telephone: (310) 788-9900**
**Facsimile: (310) 788-3399**
**Schenetz@perkinscoie.com**

**Daniel J. Weintraub - SBN 132111**
**James R. Selth - SBN 123420**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**
**jim@wsrlaw.net**

Attorneys for Judgment Creditor,
JASON FRANK LAW, PLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| EAGAN AVENATTI, LLP, | ) Bankruptcy No. 8:17-bk-11961-CB |
| Debtor. | ) **DECLARATION OF DILIGENCE RE ATTEMPTED SERVICE OF SUBPOENA TO MICHAEL Q. EAGAN (2 OF 2)** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>James Selth SBN 123420<br>WEINTRAUB & SELTH APC<br>11766 WILSHIRE BLVD 1170<br>LOS ANGELES CA 90025<br>ATTORNEY FOR    Judgement Creditor | TELEPHONE NUMBER<br>(310) 207-1494<br><br>Ref. No. or File No.<br>3599.01 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Eagan Avenatti, LLP | | |

| INVOICE NO.<br>2164342 | DATE:<br>09/21/2018 | TIME:<br>10:00 am | DEP./DIV. | CASE NUMBER:<br>8:17-bk-11961-CB |
|---|---|---|---|---|

United States Bankruptcy Court

Declaration of Diligence

Person to Serve: Michael Q. Eagan

Documents Received:

Subpoena to Testify at a Deposition in a Bankruptcy Case;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Aug 28 2018   07:00PM   325 Stockbridge Ave, Atherton, CA 94027; Gated and secured property. Gate was not open. I was able to drive into the property location. No answer at door. No signs of activity. No one observed. Premises quiet. Gray Toyota parked outside of property, license # 4WK5165.

Aug 29 2018   06:00PM   325 Stockbridge Ave, Atherton, CA 94027; No sign of recent activity. Same vehicle previously noted still in the same spot. No answer at door. No sounds, no movement detected. No one observed.

Aug 30 2018   08:35AM   325 Stockbridge Ave, Atherton, CA 94027; No answer at residence. All blinds are open. No one observed. No sounds or movement. No vehicles present.

Aug 31 2018   06:15PM   325 Stockbridge Ave, Atherton, CA 94027; No answer at residence. No sounds or movement. Previously noted Toyota Corolla (gray) present. No one observed.

Sep 01 2018   06:10AM   325 Stockbridge Ave, Atherton, CA 94027; No answer at residence. No one observed. No sounds or movement. Vehicle has moved.

Sep 02 2018   03:25PM   325 Stockbridge Ave, Atherton, CA 94027; No answer at residence. No one observed. No sounds or movement. Vehicle has moved.

Person attempting service:

CONTINUED ON NEXT PAGE

| PLAINTIFF/PETITIONER: | Jason Frank Law PLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Eagan Avenatti, LLP | 8:17-bk-11961-CB |

a. Name: Gonzalo Andy Lazalde
b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
c. Telephone number: 213-628-6338
d. The fee for this service was: 144.50
e. I am:
(3) [X] a registered CA process server:
    (I) [X] Independent Contractor
    (II) Registration No.: 1357   Expires: 3/17/2018
    (III) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/19/2018

Gonzalo Andy Lazalde

**Declaration of Diligence**

Billing Code: 3599.01