| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (CA Bar No. 175373)<br>　mhoroupian@sulmeyerlaw.com<br>SulmeyerKupetz, APC<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone 213.626.2311<br>☒ *Attorneys for Michael Avenatti and Avenatti & Associates* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| In re<br>EAGAN AVENATTI LLP,<br><br>　　　　　　　　　　　　　　　Debtor(s),<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>　　　　　　　　　　　　　　　Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:17-bk-11961-CB<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☐ an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Mark S. Horoupian　　　　　　　　　175373　　　　　　　　mhoroupian@sulmeyerlaw.com
　　　Name　　　　　　　　　　　　　Bar ID Number　　　　　　　　E-Mail Address

☒ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

☐ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address  333 South Grand Avenue, Suite 3400, Los Angeles, CA  90071_____
New Telephone Number _____ New Facsimile Number _____
New E-Mail Address _____

DAP\ 2649845.1

---

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
　　☒ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☐ **TO BE TERMINATED FROM THE CASE:**\*\*
　　☐ I am, or
　　☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note:** Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
　　☐ The order relieving me/the aforementioned attorney from my firm was entered on: _____
　　☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
　　☐ I am, or
　　☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: October 16, 2018　　　　　　　　　　　　　　　/s/ Mark S. Horoupian
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Present Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark S. Horoupian

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE MUST BE FILED PURSUANT TO LBR 2090-1(b).**

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.